D.C. 108   H-2216 (C)(Y)   DOCKET

CL SL TL C BO  WHC 7-18-72

**TITLE OF CASE**

Civil Action 2216

UNITED STATES OF AMERICA,
        Plaintiff

SHEANDA BRYANT, et al
        Plaintiff-Intervenors

vs.

LAWRENCE COUNTY SCHOOL DISTRICT, et al
        Defendants

BASIS

JURY TRIAL CLAIMED

**ATTORNEYS**

For Plaintiff: Dennis F. Gordon
Robert E. Hauberg

Jackson, Miss.  39205

Melvin Leventhal
538½ N. Farish, Jackson, Miss.

For Defendant:

Carl C. Miss. Jr.

Per Order          20
Charles Clark, P. O. Box 1046
Jackson, Miss. 39205

James S. George
P.O. Box 493
Monticello, Miss. 39654

See below

| DATE | PLAINTIFF'S ACCOUNT | RECEIVED | DISBURSED | DATE | DEFENDANT'S ACCOUNT | RECEIVED | DISBURSED |
|------|---------------------|----------|-----------|------|---------------------|----------|-----------|
|      |                     |          |           |      | Deft.               |          |           |
|      |                     |          |           |      | R. W. Heidelberg    |          |           |
|      |                     |          |           |      | P.O. Box 1070       |          |           |
|      |                     |          |           |      | Hattiesburg, Miss.  |          |           |

**Attorneys for Plaintiff**
Intervenors
Theodore M. Shaw  Norman Chackin
NAACP Legal Defense & Edu. Fund
99 Hudson St., 16th Floor
New York, NY  10013

Suzanne Griggins
Community Law Office
P. O. Box 277
Mendenhall, MS 39004
847-4321

Civil Rights Division
7730 Main Bldg.
U. S. Dept. of Justice
Washington, D.C.  20530

Jeanne-Pettenati Nathaniel Douglas
Educational Opportunities
Litigation Section
Civil Rights Division, P. O. Box 65958
7706 Main Building
U. S. Dept. of Justice
Washington, D. C. 20035-5958

**Attorney for Lawrence Co. School District**
Kenneth A. Rutherford
Susan L. Runnels, Henry D. Granberry, III
THOMAS PRICE, ALSTON, JONES & DAVIS
121 North State Street
P. O. Drawer 1532
Jackson, MS  39205
601/948-6882
    and
Malcolm T. Rogers
GEORGE & ROGERS
P. O. Box 688
Monticello, MS  39654
601/587-2571

Joe Dale Walker
P. O. Box 909
Monticello, MS 39654

Representing Suzanne Griggins
Bob Owens
OWENS & OWENS
P. O. Box 808
Jackson, Ms 39205-0808
352-8423

| DATE | FILINGS—PROCEEDINGS | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|
| 9-25-67 | Complaint with copies filed | |
| 9-25-67 | Summons issued and mailed to U. S. Marshal with copy of complaint attached | |
| 9-29-67 | U. S. Marshall's Return showing service of summons on 9-26-67, filed Jackson Division office | |
| 10-16-67 | Answer of defendants with certificate of mailing filed | |
| 1-15-68 | Notice and Motion for Preliminary Injunction at Jackson, Miss. on 1-19-68 with Certificate of Service, filed | |
| 1-22-68 | Subpoena for G. L. Patterson returned executed, filed | |
| 2-9-68 | Exhibits: P-1 thru P-3 ; P-12 thru P-16 ; P-4 thru P-11 to be substituted for copies by Lawrence County Board of Education, filed | |
| 2-13-68 | Proposed Order unsigned, filed | |
| 2-13-68 | Order that Defendants their agents, officers, employees and successors be and they are permanently enjoined from discriminating on the bases of race or color in the operation of the Lawrence County school system, filed O.B. 1968, P 21 thru 36 | |
| 2-13-68 | Order that the Order entered pursuant to the hearing held on 2-9-68 be made final and permanent and that the cause be removed from the trial docket and colsed subject to being reopened, by either party, filed. O. B. 1968, P 37 | |
| 2-14-68 | Certified copy of orders mailed to Mr. Bass, copies handed to Mr. Wells at Jackson Division office | |
| 2-19-68 | Court Reporter's transcript of hearing at Jackson, Miss. on 2-9-68, filed | |
| 7-5-68 | Plaintiff's notice of motion and motion for supplemental relief, filed. | |
| 7-5-68 | ORDER: IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that defendants shall file with the Court and serve on opposing counsel by July 26, 1968 a plan for the 1968-69 school year, filed and entered O.B. 1968, pages 199, 200, 201. | |
| 7-8-68 | Copies of above order mailed to Attorney Gary Bass at Monticello. | |
| 7-31-68 | Notice and motion to vacate Order entered on 7-5-68 with Certificate of Service, filed | |
| 7-31-68 | Certificate of service on Mr. Patterson and Mr. Bass, filed | |
| 8-1-68 | Order vacating Orddd entered on July 5, 1968, filed. O. B. 1968, Page 233 | |
| 8-2-68 | Certified copy mailed to attorneys | |

U. S. Attorney and Attorney General by Jackson Office

CIVIL DOCKET C. No. 2216   USA v. Lawrence County School    Page #2

| DATE | ORDER | FILINGS, PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|---|
| | | | PLAINTIFF | DEFENDANT | |
| 8-2-68 | | Notice of Appeal, original and six copies, by plaintiff, United States of America, from the Order refusing to grant supplemental injunctive relief applicable to and commencing with the 1968-69 school year, entered orally in this action on 7-23-68, filed | | | |
| 8-2-68 | | Designation of Record, filed | | | |
| 8-16-68 | | Motion of defendants to consolidate this action with Civil No. 4075, Jackson Division, for purposes of trial, with certificate of service, filed. | | | |
| 8-19-68 | | ORDER consolidating this and other school cases in the Southern District with Jackson Civil Action 4075, filed and entered OB 1968, Pages 252-257. (Copy mailed attorneys of record) | | | |
| 8-20-68 | | Copy of Order consolidating cases filed 8-19-68 mailed to U. S. Attorney and Attorney General by Jackson Office. | | | |
| 8-21-68 | | Copy of Order consolidating cases filed 8-19-68 mailed to all other attorneys of record. | | | |
| 8-21-68 | | ORDER OF FIFTH CIRCUIT: School cases consolidated for purposes of appeal; appellants motion for injunction pending appeal, for expedited hearing on appeal and for summary reversal denied; the district court to give school cases top priority, conduct hearings in each case not later than 11-4-68, make findings of fact and conclusions of law in accordance with provisions set forth herein, filed in Civil No. 2034 and entered OB 1968, Pages 258-271. | | | |
| 9-4-68 | | ORDER for retention of record on appeal, filed and entered OB 1968, Page 290 | | | |
| 9-5-68 | | Certified copy of Order for retention of record on appeal mailed to attorneys of record. | | | |
| 9-23-68 | | Plaintiff's interrogatories to defendants with certificate of service, filed. | | | |
| 10-1-68 | | Certified copy of Order from Fifth Circuit Court of Appeals: Case remanded to U. S. District Court with directions that further proceedings be held in accordance with opinion and order of 8-26-68, filed and entered OB 1968, Pages 313 - 322. | | | |
| 10-14-68 | | Defendants' Answers to Interrogatories, with certificate of service, and attachment, filed. | | | |

D. C. 110

2216-Civil

| DATE | FILINGS - PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|------|----------------------|:------------:|:---------:|:------------------------------------:|
| | | PLAINTIFF | DEFENDANT | |
| 10-28-68 | Subpoenas returned executed for: Harold Denison, and T. F. Clay, Jr. filed | | | |
| 12-3-68 | Stipulation by and between parties, with exhibits attached thereto, filed (see envelope with exhibits) | | | |
| 12-3-68 | EXHIBITS: P-1, filed—EXHIBIT LIST: P-1. filed. | | | |
| 12-3-68 | Court reporter's transcript of proceedings taken on 12-3-68 in Jackson, Miss. filed | | | |
| 5-13-69 | Copy of Opinion signed by Judges Cox, Coleman & Russell filed | | | |
| 5-13-69 | Copy mailed to attorneys of record | | | |
| 5-19-69 | Order that plaintiff's motion for supplemental relief is denied except as provided for hereinafter: Order that defendants take postive and affirmative steps to achieve the complete desegregation of school faculties so that beginning of 1970-71 school year the pattern of teacher assignments is not identifiable as tailored for heavy concentration of either Negro or white pupils; defendants shall achieve substantial faculty and staff desegregation for the 1969-70 school year, filed O.B. 1969 Page 126 | | | |
| 5-19-69 | Certified copy mailed to attorneys | | | |
| 6-12-69 | Notice of Appeal by United States, filed | | | |
| 6-12-69 | Certified copy of Notice of Appeal forwarded Fifth Circuit | | | |
| 6-12-69 | Copies of Notice of Appeal mailed to attorneys of record | | | |
| 6-17-69 | Motion for Release of Cary C. Bass, Jr. Counsel of record for Defendants, with Notice of Motion for June 20, 1969 at 9:00 A.M. in Jackson, Miss., and Certificate of Service, filed | | | |
| 6-20-69 | Order releasing Cary C. Bass, Jr. as counsel of record for defendants, said release in no way affecting representation of defendants by Honorable Charles Clark, filed and entered O. B. 1969, Page (Copy of Order mailed to Attorneys Bass and U. S. Attorney.) | | | |
| 6-24-69 | ORDER AS TO APPELLATE RECORD: Appellants' counsel to file with this court within 5 days designation within 5 days after receipt of copy of such designation appellees' to file designation as to such additional parts of record and Clerk to have additional 30 days within which to file record of such designated parts with the Court of Appeals at New Orleans, filed and entered O.B. 1969, Pages 147 - 152. | | | |
| 6-24-69 | Certified copy of above order mailed Court of Appeals | | | |
| 6-24-69 | Copy of above order mailed attorneys of record | | | |
| 7-3-69 | Opinion of Fifth Circuit filed | | | |
| 7-3-69 | Judgment Fifth Circuit Order of District Court reversed and case remanded to said District Court with directions in accordance with | | | |

**CIVIL DOCKET**

| DATE | FILINGS—PROCEEDINGS | LICENSE FEES | | AMOUNT REPORTED IN JUDGMENT RETURN |
|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | |

the opinion of this court - filed 7-2-69 in entry 164 - 170

7-5-69  Order: (1) The educators from the Office of U. S. Department of HEW connected to collaborate with defendant school board in preparation of plans to disestablish dual school systems (2) Parties & their counsel directed to comply with plans & requirements & the schedules & requirements of 7-3-69 order in Fifth Circuit & (3) All dilatory matters which cannot be resolved by parties be immediately reported to this Court (4) Clerk of this Court shall promptly transmit certified or attested copy of this order by airmail to Office of Education, Health Education & Welfare, Washington, D. C. (5) That conformed copy be mailed to each counsel of record in these 25 school cases as sufficient notice of duties & requirements imposed on them by this order - filed and entered OB No. 29 Pm 171 - 176

7-7-69  Copies of above order mailed to attorneys of record and certified copy by airmail to the Office of Education, Health, Education and Welfare, Washington, D. C.

7-10-69  Copy of letter dated July 10, 1969, from Edward W. Wadsworth, Clerk of the Circuit Court of Appeals to all counsel of record with attached corrections of Court's opinion order, filed and attached to back of Court's opinion order.

7-28-69  FIFTH CIRCUIT:  Certified copy of Modification of Order entered by 5th Circuit on July 3, 1969: renumber par. 8 to be par. 7 and striking from such order on pages 17 and 18 paragraphs 5, 6 & 7 in their entirety and inserting new pars. 5 & 6 to provide: (5) If no agreement is reached Office of Education to present its proposal to district court on or before 8-11-69; parties to have 10 days from date proposed plan filed with district court to file objections or suggested amendments therefo; district court to hold hearings on proposed plan & any objections thereto and enter plan no later than 10 days after time for filing objections has expired (6) Plan shall be entered for implementation by Dist. Court no later than Sept. 1, 1969 & effective beginning 1969-70 school year; jurisdiction to be retained until it is clear that disestablishment of dual school system has been achieved - filed and entered OB P 189 - 197

D. C. 110

2216

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN ENROLLMENT RETURNS |
|------|---------------------|--------------|--|---------------------------------------|
|      |                     | PLAINTIFF | DEFENDANT | |
| 7-31-69 | Order as to Procedure of Removal - filed and entered OB 1969 P 198-205 | | | |
| 7-31-69 | Copies of above order mailed counsel of record | | | |
| 8-11-69 | Defendants' Proposed Plan for Desegregation of Schools of Lawrence County School District with Certificate, filed in quadruplicate. | | | |
| 8-11-69 | Letter of 8-11-69 to Judge Cox from Dept. of HEW with Attachments A and B and Desegregation Plan for the Lawrence County School System, filed in quadruplicate. | | | |

| D. C. 110 | | 2216-H |
|---|---|---|

| DATE | FILINGS—PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | |

8-20-69 Deft. Motion to strike or reject plan submitted by HEW and hold
in abeyance any order implementing plan submitted by Lawrence
County School Dist., with certificate of service, filed.

8-20-69 Objections of Defts. to proposed Plan of HEW with certificate,
filed.

8-20-69 Affidavit of Edgar Bridges, et al, filed.

8-20-69 Affidavit of W. O. Sharp., et al, filed.

8-20-69 Affidavit of T. E. Jolly, et al, filed.

8-22-69 Per Curiam: Copy of Order from Fifth Circuit Court of Appeals
recording delivery of letter to Judges from Secretary Finch
and filing of motions in District Court with appropriate similar
motions in Court of Appeals seeking the entry of orders granting
the suggested extension of 12-1-69, " The Court has taken no
action other than to record these facts.", filed
and entered in OB 1969 - page 213-217.

8-21-69 Motion of US for leave to file motions seeking modification of
mandate, with attachments, filed.

8-22-69 ORDER appointing Mrs. Sue K. Richmond temporary Court Reporter
filed and entered in OB 1969 page 896.

8-25-69 Copy of US amended motion in the Court of Appeals, with proposed
amended order attached and certificate of service, filed.

8-25-69 EXHIBITS: P-1 through P-4, Govt. 1 through Govt. 30, filed.

8-26-69 Court Reporters Transcript of Hearing before Judge Russell and
Nixon on 8-21-69 in Jackson, Miss., original and three copies
filed. Original forwarded to Fifth Circuit and copies furnished
Judges.

8-26-69 Copy of Findings of Fact and Conclusions of Law, filed,
Original to Fifth Circuit signed by Judges Russell and Nixon.
Copies to be furnished all attorneys by Hon. Robert C. Cannada
except attorneys Anderson and U. S. Attorneys.

9-2-69 Opinion order from Fifth Circuit: On or before 12-1-69 acceptable
plan by Board of Trustees in conjunction with Office of Education
is to be submitted to the Dist. Court; Court will approve plan,
unless within 15 days objections or proposed amendments are filed
or if any part does not comply with constitutional standards;
If no agreement is reached Office of Education will on 12-1-69

| DATE | FILINGS - PROCEEDINGS | CLERK'S FEES | | AMOUNT REPORTED IN EMOLUMENT RETURNS |
|---|---|---|---|---|
| | | PLAINTIFF | DEFENDANT | |

present proposed plan and parties will have 15 days in which to file objections. Court to hold hearing on proposed plan or suggested amendments within 15 days and enter order. Court to enter Findings of Fact and Conclusions of Law regarding efficacy of Plan. By 10-1-69, Board of Trustees in conjunction with Office of Education to develop program to prepare faculty and staff for conversion from dual to unitary system; Office of Education to report to Court by 10-1-69. Court may approve. No new construction until terminal plan approved by Court. filed and entered in OB 1969 - page 219,230.

**9-30-69** Proposed Program for Continued Operation of Unitary, Nonracial, Nondiscriminatory School System in the Lawrence County School District, with Certificate, filed.

**10-23-69** Motion of Charles Clark to be relieved as counsel of record with notice of motion for 10-24-69 in Jackson with certificate of service, filed.

**10-24-69** ORDER: Charles Clark is relieved of all duties and responsibilities as counsel of record for each and all defendants. Filed and entered OB 1969, P. 276. (copies mailed R.E.Hauberg, James S. George, handed Mr.Clark

**10-31-69** SUPREME COURT per curiam opinion: Court of Appeals order of August 28, 1969 hereby vacated, cases remanded to that court with directions. - filed

**11-3-69** FIFTH CIRCUIT COURT OF APPEALS: Certified copy of order dated 10-31-69: Judge Griffin B. Bell designated in place of Judge John R. Brown to serve with Circuit Judges Thornberry and Morgan. Mandate in cases included in court's order of Aug. 28, 1969, granting stay recalled; this panel assumes control of each of cases for purpose of effectuating order of Supreme Court; appellants, appellees & USA as intervenors shall file with the clerk their proposed order which will implement opinion & decree of Supreme Court rendered Oct. 29, 1969. - filed (OB 1969, P. 285 - 286 OB 1969 - page 219

**11-7-69** FIFTH CIRCUIT: Certified copy of order per Supreme Court Decision of 10-29-69. No later than 12-31-69, pupil attendance patterns and faculty assignments in each district shall comply with the respective plans of Office of Education. Judge Dan M. Russell, Jr. designated to receive suggested modifications, but none may be submitted to Judge Russell before 3-1-70 and such suggestion or request shall contemplate effective date of Sept. 1970. Judge Russell directed to make full findings of fact with respect to any recommended modification and refer to Fifth Circuit. No plan to become effective without order of Fifth Circuit. Motions of private litigants for attorneys fees held in abeyance; motion of private litigants to require filing of further plans by Office of Education for use in Hinds

| D. C. 110A Rev. Civil Docket Continuation | 2216 (H) |
|---|---|

| DATE | PROCEEDINGS |
|---|---|
| | County, Holmes County and Meridian districts is denied. Jurisdiction retained. Appendices 1 thru 30 - filed |
| 12-30-69 | Motion of defendants - appellees (other than the U.S.A.) for transmission of record to the Supreme Court upon petition for writ of Certiora, filed |
| 12-31-69 | Order for Transmission of record in accordance with Rules of the Supreme Court of the United States. On motion of defendant, appellees other than U.S.A. alleging petition for writ of certiorari will be filed in the Supreme Court (in Fifth Circuit Cases numbered 28030 & 28042) ordered:<br>(a) Original papers to be forwarded to Supreme Court in lieu of copies.<br>(b) Clerk of this Court authorized and directed to make proper arrangements, for safekeeping, transporting and return of the original papers beginning with the petitions and proceedings filed on and after Oct. 1, 1968 in each of said cases including all pleadings, proceedings, transcripts of evidence filed with the Clerk and other matters of record thereafter filed up to and including present date.<br>(c) The Clerk shall include all those portions of the record in said causes that were transmitted to the Clerk of the Supreme Court of the U.S. in connection with petition for writ of certiorari filed in said Court in Cause #632, Oct. Term 1969. (Beatrice Alexander, et al. v. Holmes County Board of Education, et al (Civil Action 3779) as well as all pleadings proceedings and portions of the record in this Court filed herein subsequent to the judgment and opinion of the Fifth Circuit Court dated July 3, 1969 - Filed and entered OB 1969, P/369-372 |
| 11-26-69 | FIFTH CIRCUIT: Order Granting NAACP Legal Defense and Education Fund to participate as Amicus Curiae in cases where U.S. is presently sole plaintiff, filed and entered, OB 1970 P 18-91. |
| 12-5-69 | FIFTH CIRCUIT: Order Amending Plans of Lawrence County School District, filed and entered, OB 1970 P 20-22 |
| 12-5-69 | FIFTH CIRCUIT: Order Denying Petition for Rehearing and Petition for Rehearing En Banc, filed and Entered OB 1970 P 23 |
| 1-8-70 | FIFTH CIRCUIT: Order designating United States as Amicus Curiae, filed and entered, OB 1970 P 91-92 |

2216 (H)

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 1-13-70 | FIFTH CIRCUIT:  Order Granting Motion of NAACP for Supplemental Relief, filed and entered, OB 1970 P. 51, 53 | |
| 4-2-70 | Certified copy of Order of Fifth Circuit:  Defendants in consolidated school cases shall file with Clerk of this Court on 4-15-70 and on 12-1-70 and on same data annually thereafter a report containing information called for in this order.  Filed and entered OB 1970, P. 73-80. | |
| 4-9-70 | ORDER:  A hearing hereby ordered on 4-20-70 in Federal Building, Hattiesburg, Miss., on substitute plan of desegregation.  Plaintiff to respond by filing its response with the Clerk of Court, Hattiesburg Division, no later than 4-15-70 and by filing a copy directly with the Court, Gulfport, Mississippi, no later than said date.  Clerk of Jackson Division directed to mail copy of this Order to all parties of record, including copies to NAACP Legal Defense and Educational Fund, Inc., local and New York counsel and to the Clerk of the Hattiesburg Division.  Filed and entered OB 1970, P. 85-86. | |
| 4-9-70 | Copies of above order mailed all attorneys of record, Melvyn Leventhal as local counsel for NAACP Legal Def. & Ed.Fund, and Jack Greenberg, Suite 2030, 10 Columbus Circle, New York, N.Y. as New York counsel. | |
| 4-15-70 | Response to Motion for Supplemental Relief by Defendant, Lawrence County School District, in response to Plaintiff's Motion for Supplemental Relief with attached affidavit of John A. Flynt, Principal, Newhebron High School, W. C. Sharp, President, Lawrence County School Board of Trustees, Alton E. Magee, Principal, Topeka-Tilton High School, Harold L. Denison, County Superintendent of Education, Lawrence County, Mississippi together with certificate of service, with copy, filed. | |
| 4-15-70 | Copy of Response to Motion with attached affidavits mailed to Jackson Division, Jackson, Miss. | |
| 4-15-70 | Response to Plaintiff-Intervenor's Motion for Supplemental Relief, certificate of service, with copy, filed. | |
| 4-15-70 | Copy of Response mailed to Jackson Division, Jackson, Miss. | |
| 4-16-70 | Motion to Intervene as Defendants, exhibit, affidavit of O. R. Cross, Notice of Motion, Response of Intervener-Defendants to Motion for Supplemental Relief, certificate of Service, with copy, filed. | |
| 4-16-70 | Copy of Motion with attachments mailed to Jackson Division, Jackson, Miss. | |
| 4-23-70 | Copy of Order filed in Fifth Circuit Court of Appeals:  Petition of O.R.Cross, et al to intervene is denied. Leave is granted to file amicus curiae brief in Fifth Circuit and with Hon. Dan M. Russell, Jr., in any proceeding involving school district before him.  Filed and entered OB 1970. P. 101. | |
| ~~4-30-70~~ | ~~Petition of ? denied to file second amicus curiae petition ? of ? denay filed.~~ | |
| 5-19-70 | Findings of Fact and Recommendations, filed. | |
| 5-19-70 | Signed duplicate of Findings of Fact and Recommendations forwarded to Fifth Circuit Court of Appeals in accordance with instructions of Judge Dan M. Russell, Jr., and copies mailed attorneys of record. | |
| 6-8-70 | Court Reporter's Transcript of Proceedings had on 4-20 and 21, 1970, at Hattiesburg, Miss., in two volumes, filed. | |
| 6-9-70 | Transcript forwarded to Fifth Circuit Court of Appeals. | |
| 8-7-70 | FIFTH CIRCUIT:  Order adopting Judge Dan M. Russell's Findings and Recommendations May 18, 1970 and made opinion and order of this court; and directing Judge Russell to require school board to consult with bi-racial committee.  Filed and entered OB 1970, p.p. 180-181. | |
| 8-21-70 | EXHIBITS: Pltf.-Intevenor's 1 & 2; D-3 thru D-18, filed. | |

# H 2216-Civ.

D. C. 110A Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 12-23-70 | Certified copy of Order of Fifth Circuit:  Motion of Plaintiffs-Intervenors to modify order dated 8-5-70 to impose costs of proceedings before Judge Dan M. Russell, Jr., on Lawrence County School District rather than on Plaintiff-Intervenors is granted.  Filed and entered OB 1970, P. 298. (copy mailed Vi Milbert) | |
| 7-18-72 | ORDER CLOSING CASE:  this action closed as an active case subject to being reopened upon proper application by any party, or on the Court's own motion, should it appear thatfurther proceedings should be had, filed and entered OB 1972, Page 290 (WHC) | |
| 7-18-73 | J.S. 6 Card. | |
| 1-10-74 | Certified copy of ORDER OF FIFTH CIRCUIT:  Jurisdiction transferred to District Court; case may be placed on inactive docket subject to being reopened for good cause shown on application of any party or sua sponte; reports required in U.S. v Hinds Co. Sch. Bd. may be discontinued in the event the Summary Reports (Forms 101 and 102) filed annually with HEW are filed with the District Court and there retained for 3 years, or, as an alternative, the previous type of reports may be filed on an annual basis not later than Nov. 15 to reflect status as of Oct. 15 each year, filed and entered OB 1974, pp. 21-25) | |
| 11-10-75 | Report of Lawrence County School District on Racial Make-Up of Classes for McCullough Junior High School, Monticello Elementary School, Monticello High School, New Hebron Attendance Center and number of black and white teachers for New Hebron Attendance Center, Silver Creek, Topeka-Tilton and Number of White and Black Teachers for Beulah Williams Attendance Center, filed. | |
| 11-19-74 | Copy of Order from Fifth Circuit Court of Appeals:  It now appearing that the Lawrence County School District School System has been and is being maintained as a unitary school system in compliance with the aforesaid orders, and it further appearing that it would be appropriate to transfer jurisdiction of the case to the district court under a final order there to be entered as follows, it is Ordered (1) Jurisdiction of No. 2216, United States of America v. Lawrence County School District, et al, is hereby transferred to the United States District Court for the Southern District of Mississippi; (2) Said case case may be placed on the inactive docket of that court subject to being reopened for good cause shown on the application of any party, or intervenor, or sua sponte; (3) The aforesaid orders entered by this Court shall be considered as the mandate of this Court and are to be made the order of the district court, filed and entered in OB 1974, Vol. II, Pages 554-558. | |
| 11-28-75 | Enrollments and racial balance of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U. S. District Court Order dated November, 1969, filed.  Copies of H.E.W. Form 101 and 102 as per request of U. S. Department of Justice, dated 6-10-75, filed. | |
| 1-15-76 | Enrollments and racial balance of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U. S. Court Order (Civil Action No. 2216 H) dated November, 1969, filed. | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|------|-------------|------------------------------|
| 2-3-77 | Enrollments and racial balances of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U. S. Court Order (Civil Action No. 2216 H) dated November, 1969, filed. | |
| 4-21-77 | Enrollments and racial balances of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U. S. Court Order (Civil Action No. 2216 H) dated November, 1969, filed. | |
| 12-12-77 | Enrollments and Racial balance of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U. S. Court Order (Civil Action No. 2216 H) dated November, 1969, filed. | |
| 5-3-78 | Enrollments and racial balance of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U. S. Court Order (Civil Action No. 2216 H), dated November, 1969, filed. | |
| 12-22-78 | Enrollments and Racial balance of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U. S. Court Order (Civil Action No. 2216 H) dated November, 1969, filed. | |
| 12-6-79 | Enrollments and Racial balance of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U. S. Court Order (Civil Action No. 2216 H) dated November, 1969, filed. | |
| 5-7-80 | Enrollments and Racial balance of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U. S. Court Order (Civil Action No. 2216 H) dated November, 1969 based on enrollment as of 4-15-80, filed. | |
| 12-29-80 | Enrollments and Racial Balance of the classes of the respective attendance centers of Lawrence County Schools in compliance with U. S. Court Order dated November, 1969, filed. | |
| 1-9-81 | ORDER FROM FIFTH CIRCUIT COURT OF APPEALS:  No party to any of the above-listed consolidated causes shall file any further reports of conditions existing in such school districts with the Clerk of this Court.  This order shall not affect the requirements of any subsisting order of any district court that reports be filed with its Clerk, filed and entered in OB 1981, Pages 25 through 30. | |
| 5-7-81 | Enrollments and Racial Balance of the classes of the respective attendance centers of Lawrence County Schools in compliance with U.S. Court Order dated November, 1969, filed. | |
| 1-8-82 | Enrollments and Racial Balance of the classes of the respective Attendance Centers of Lawrence County Schools in compliance with U.S. Court Order dated November, 1969., filed. | |
| 12-20-82 | Enrollments and Racial Balance of the classes of the respective attendance centers of Lawrence County Schools in compliance with U.S. Court Order dated December, 20, 1982, filed. | |
| 2-14-84 | Enrollments & Racial Balances of the attendance centers of Lawrence County Schools for 1983, filed. | |

DC 111A
(Rev. 1/79)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| U.S.A. | | LAWRENCE COUNTY SCHOOL DISTRICT | DOCKET NO. H 2216 |
| | | | PAGE 12 OF PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3-19-84 | | Plaintiff's MOTION TO ENFORCE ORDER issued on Nov. 7 & 26, 1969;  NOTICE OF HEARING on april 2, 1984 at 9 a.m. in Gulfport before Judge Russell, cert. of service, filed. |
| 3-19-84 | | Plaintiff's MOTION FOR LIMITED CONSOLIDATION with NOTICE OF HEARING for April 2, 1984 in Gulfport before Judge Russell, cert. of service, filed. |
| 3-28-84 | | Defendants' MOTION FOR TIME, NOTICE OF MOTION for hearing in Gulfport on 4-2-84 before Judge Russell, cert. of service, filed. |
| 3-30-84 | | ORDER:  Defendants are granted an extension of time to and including April 16, 1984 in which to respond to plt's Motion for Limited Consolidation and Motion for Enforcement of Order, filed and entered in OB 1984, page 588, copy mailed attorneys of record. (DMR) |
| 4-19-84 | | Defendants' OPPOSITION to Motions for Limited Consolidation and to Enforce Order, cert. of service, filed. |
| 4-23-84 | | Plaintiff's NOTICE OF DEPOSITION  of Lawrence County School District in Office of Superintendent on April 26, 1984, cert. of service, filed. |
| 4-26-84 | | NOTICE OF APPEARANCE of Suzanne Griggins as co-counsel of plaintiff/intervenors, cert. of service, filed. |
| 5-1-84 | | Plaintiff-Intervenors' MOTION TO SUBSTITUTE NAMED INDIVIDUALS, NOTICE OF MOTION for hearing May 17, 1984 in Jackson before Mag. Countiss, cert. of service, filed |
| 5-7-84 | | Defendants' MOTION TO SHORTEN TIME FOR RESPONSE TO DISCOVERY, Notice of Motion for hearing in Gulfport before Judge Russell on May 4, 1984, cert. of service, filed. |
| 5-7-84 | | Defendants' FIRST SET OF INTERROGATORIES to plft.-intervenors, cert. of service, filed. |
| 5-7-84 | | Defendants' FIRST REQUEST FOR PRODUCTION to plft.-intervenors, cert. of service, filed. |
| 5-7-84 | | Defendants' FIRST REQUEST FOR PRODUCTION to plft. (USA), cert. of service, filed. |
| 5-7-84 | | Defendants' FIRST SET OF INTERROGATORIES to plft. (USA), cert. of service, filed. |
| 5-9-84 | | DEPUTY CLERK SHEET:  Hearing on Motion of U. S. for limited consolidation with Simpson County School District in Gulfport on May 4, 1984.  Motion granted;  order to be submitted, filed. |
| 5-10-84 | | Plaintiff's MOTION TO SHORTEN TIME FOR RESPONSES TO DISCOVERY, cert. of service, filed. |
| 5-10-84 | | Plaintiff's MOTION FOR PROTECTIVE ORDER, cert. of service, filed. |

-----------------

Case 2:87-cv-02216-UWA-UWA   Document 1   Filed 02/08/19   Page 14 of 30

DC 111A
(Rev. 1/79)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| U.S.A. | LAWRENCE COUNTY SCHOOL DISTRICT | DOCKET NO. 2216<br>PAGE 13 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-11-84 | | ORDER:  Two cases, Civil Action 2216(R) and J4706(R) be granted limited consolidation with respect to the issue of inter-district student transfers, filed and entered in OB 1984, Pages 799 and 800.  Copies of Order mailed to Attys. of Record. (Memos re consolidation mailed attys. |
| 5-11-84 | | ORDER:  Lawrence Co. School Dist. may disclose personally identifiable info from student files to any party to the above-captioned cases, and that the use of such information by any party shall be limited to matters connected with the pending Motion to Enforce Order, filed and entered in OB 1984, Pages 795 and 796.  Copies of Order mailed to Attys. of Record. |
| 5-11-84 | | ORDER:  All parties respond by 5-14-84 t9 discovery requests received by 5-9-84, filed and entered in OB 1984, Pages 797 and 798.  Copies of Order mailed to Attys. of Record. |
| 5-15-84 | | Defendants' RESPONSES to interrogatories of plft., cert. of service, filed. |
| 5-15-84 | | Defendants' RESPONSES to interrogatories of plft.-intervenors, cert. of service-filed. |
| 5-15-84 | | Plaintiff's REQUEST FOR PRODUCTION OF DOCUMENTS, cert. of service, filed. |
| 5-15-84 | | Plaintiff's INTERROGATORIES to deft., cert. of service, filed. |
| 5-15-84 | | Plaintiff's NOTICE OF DEPOSITION of agent for Lawrence County School District for April 26, 1984, filed. |
| 5-15-84 | | Plaintiff's RESPONSE to First Set of Interrogatories from deft., cert. gf service filed. |
| 5-15-84 | | Plaintiff's RESPONSE to First Request for Production from deft., cert. of service filed. |
| 5-15-84 | | Plaintiff-intervenors' REQUEST FOR PRODUCTION OF DOCUMENTS, cert. of service, filed. |
| 5-15-84 | | RESPONSE of plft.-intervenors to Request for Documents from deft., cert. of service, filed. |
| 5-15-84 | | Plft-intervenors' ANSWERS to interrogatories of defts., cert. of service, filed. |
| 5-15-84 | | Plft.intervenors' REQUEST FOR ADMISSIONS to defts., cert. of service, filed. |
| 5-16-84 | | Return on Subpoena executed as to H. P. Spees for hearing on 5-16-84 executed on 5-13-84, filed. |
| 5-16-84 | | Return on Subpoena executed as to John Moore for hearing on 5-16-84 executed on 5-15-84, filed. |
| 5-16-84 | | Return on Subpoena executed as to Gloma Mangum for hearing on 5-16-84 executed on 5-15-84, filed. |

Case 2:67-cv-02216-UNA-UNA Document 1 Filed 12/28/11 Page 15 of 30

DC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| U.S.A. | Lawrence County School District | DOCKET NO. 2216(R) |
| | | PAGE 14 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5-16-84 | | Return on Subpoena executed as to Kenneth Barlow for hearing on 5-16-84 executed on 5-15-84, filed. |
| 5-16-84 | | Defendants' Responses to Request for For Admissions From Plaintiff-Intervenors, Cynthia Fletcher, et al with cert. of service, filed. |
| 5-16-84 | | RETURN OF SERVICE on Subpoena of Simpson County School, c/o Terrell Stubbs on 5-15-84, filed. |
| 5-21-84 | | DEPUTY CLERK SHEET: Hearing on Motion to Enforce Order in H'burg on 5-16-84 with rule invoked; Court reserved ruling, proposed findings of fact and conclusions of law to be submitted simultaneously on 6-1-84, filed. |
| 5-21-84 | | Exhibit and Witness List, filed. Copy placed inside box, the box is labeled and in the exhibit room. |
| 6-20-84 | | RE-NOTICE OF MOTION to Substitute Named Individuals for hearing before Mag.Roper in Biloxi on July 3, 1984, cert. of service, with attached Affidavits, filed. (Copy mailed Ginny) |
| 6-27-84 | | OPINION: Motion to enforce the order is granted, Lawrence County School Dist. is in violation of 11-24-69 Court order and Lawrence County should not enroll any student from Simpson County, and further Lawrence County should establish procedures which will determine the effect on desegregation of any future inter-district transfer requests, plft. and plft-intervenors are entitled to attorney's fees, filed. (DMR) |
| 7-20-84 | | Submission of Evidence in Support of Plaintiff-Intervenors Attorney Fees w/Not. of Motion on 8-6-84 in Gulfport, MS at 9:00 a.m. before DMR w/cert. of service, filed. |
| 7-20-84 | | Affidavit of Attorney, Suzanne Griggins w/Exhibits A and B and attachments re expenses, filed. |
| 7-20-84 | | Affidavit of Alison Steiner, filed. |
| 7-20-84 | | Affidavit of Spencer Gilbert, III, filed. |
| 7-23-84 | | Motion and Submission Detailing Plaintiff's Attorneys' Fees and Costs w/Not. of Hearing on 8-6-84 before DMR in Gulfport w/cert. of service, filed. |
| 7-23-84 | | Affidavit of Jean F. Chipouras, filed. |
| 7-23-84 | | Affidavit of Jay P. Heubert, filed. |
| 7-25-84 | | ORDER: The following named children and their parents shall be allowed to be substituted in cause as Plntf.-Intervenors: Sheanda N. Bryant, as represented by her father, Eugene Bryant; Louis Devon Bridges, as represented by his father, Louis Bridges; Angela Showers, as represented by her father, Billy Showers; Eric Bridges, as represented by his father, Amos Bridges; and LiSonya Barnes, as represented by her father, Willie Lee Funchess, filed and entered in OB 1984, Pages 1984, Page 1080 and 1081. Copies of Order mailed to Attys. of Record. |

------------------

DC 111A
(Rev. 1/79)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| United States Of America | Lawrence County School District, et al | DOCKET NO. 112216 |
| | | PAGE 15 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7-25-84 | | Plaintiff Intervenors Complaint w/cert. of service and attachments, filed. |
| 8-1-84 | | ORDER: Defendant is granted an extension of time to and including 8-7-84, in which to respond to motions for attorney fees, filed and entered in OB 1984, pages 1181-2, copy mailed attorneys of record. (DMR) |
| 8-7-84 | | ORDER: Opinion of 6-25-84 finding Lawrence County School District to be in violation of 1969 Court order and setting forth enforcement of Opinion, filed and entered in OB 1984, pages 1220-35, copy mailed attorneys of record. (DMR) (see below) |
| 8-9-84 | | ORDER: Defendant is granted an extension of time to and including 8-27-84 in which to answer the Complaint of Intervenors filed in this action, filed and entered in OB 1984, page 1244, copy mailed attorneys of record. (JMR) |
| 8-28-84 | | Deft's ANSWER to the Complaint, filed. |
| 8-7-84 | | (continued from 8-7-84) On Oct 15 of each year, the School District shall provide to the Court and each party a report including: 1. A narrative description of measures taken to ensure compliance with the terms of this Order, including a description of each complaint or allegation concerning possible violation of this Order, and of subsequent actions taken by Lawrence County school officials; 2. A current list of all students who were admitted to a Lawrence County public school after address verification, showing, for each student, name, address, custodial status (if relevant), race, grade, school district of residence, sending school and receiving school; 3. A chart, similar in format to Attachment 3, showing the effect on desegregation at each sending and receiving school caused by enrollment in Lawrence County public schools of students not residing in Lawrence County; 4. For attorneys' fees and costs, the school district shall pay the plaintiff and plaintiff-intervenors; by Nov. 1, 1984, $6000.00, by Feb. 1, 1985 $6000.00 to the plaintiff-intervenors; and $4000.00 to the plaintiff; 5. All parties to these consolidated cases shall have the right to seek enforcement of this Order's provisions; 6. This Court shall retain jurisdiction to monitor compliance with the provisions of this and other orders in this action, and to consider any appropriate pleadings filed regarding enforcement thereof. |
| 8-31-84 | | Plaintiff-intervenors' MOTION FOR PRELIMINARY INJUNCTION with NOTICE for hearing in Jackson on 10-3-84 before TSL, cert. of service, AFFIDAVIT of Eugene Bryant attached and Bond Issue Proposal, filed. |
| 9-7-84 | | Report of Attendance Centers in compliance with Court Order of Nov., 1969, filed. |
| 9-7-84 | | Lawrence County's AMENDED ANSWER, cert. of service, filed. |
| 9-13-84 | | AFFIDAVIT of Denson E. Deavers with attached Exhibit A, cert. of service, filed. |
| 9-14-84 | | Defts' OPPOSITION to motion of plft-intervenors for Preliminary Injunction, Exhibits A - H attached, cert. of service, filed. |
| 9-20-84 | | Copy of letter from Suzanne Griggins with attachment, requesting that attachment be filed as a part of order of 8-6-84 (inadvertently left out by Ms. Griggins, filed. |

DC 111A
(Rev. 1/76)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED States of America | LAWRENCE County School District, et al | DOCKET NO. J 2216 |
| | | PAGE 16 OF PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10-1-84 | | RETURN OF SERVICE on Subpoena of Dr. Frank Lovell on 9-19-84, filed. |
| 10-25-84 | | Defendants' SUPPLEMENTAL OPPOSITION to motion of plaintiffs-intervenors for Preliminary Injunction, with Supplemental Affidavit, Exhibit A - C attached, cert. of service, filed. |
| 10-26-84 | | Response AFFIDAVIT of Frank Gomer in support of plaintiff-intervenors motion for preliminary injunction, cert. of service, filed. |
| 11-5-84 | | DEPUTY CLERK SHEET: Hearing on Motion for P/I in Jackson before TSL with rule invokes, reserved ruling; defendant to submit 3 affidavits 11-6-84; plft-intervenor to submit counteraffidavits 11-8-84; government to submit a statement of its position by 11-8-84, filed. |
| 11-5-84 | | EXHIBIT AND WITNESS LIST on Motion for Preliminary Injunction, filed. |
| 11-7-84 | | Deft. Lawrence County School's SUPPLEMENTAL OPPOSITION TO MOTION FOR P/I with affidavit of Phillip Ladd, Exhibit A. Affidavit of Charles Newsom, Affidavit of Lynell Smith attached, cert. of service, filed. |
| 11-28-84 | | MEMORANDUM OPINION and ORDER: Plaintiff-intervenors' Motion for Preliminary Injunction is denied, filed and entered in OB 1984, pages 155-66, copies mailed attorneys of record. (TSL) |
| 12/12/84 | | Notice of Appeal filed by plaintiff-intervenors to U.S. Court of Appeals for the Fifth Circuit from the order denying plntf.-intervenors' Motion for Preliminary Injunction entered in action on 11-28-84, filed and copies mailed to Attorneys of Record together with cert. of serv.. |
| 12/12/84 | | Certified copy of docket entries, notice of appeal mailed to Fifth Circuit Court from order denying plntf.-intervenors' Motion for Preliminary Inj. entered in action on 11-28-84 mailed to Fifth Circuit Court of Appeals. |
| 1-3-85 | | Appellant's purchase order for transcript with reporter's acknowledgment and due date of April 1, 1985, filed. |
| 1-10-85 | | APPEAL INFORMATION SHEET with Reporter's Acknowledgment, due date 2-8-85, filed. |
| 2-4-85 | | ORDER: With the consent of all parties, it is ordered that page one of Appendix 1B, inadvertently left out of order of Aug.7, 1984 is inserted nunc pro tunc into the Aug. 7 order between page 2 of Appendix 1A and page two of Appendix 1B; filed and entered in OB 1985, pages 1388-90, copy mailed attorneys. (DMR) |
| 11-5-85 | | Exhibits PI-1 thru PI-34, D-1 thru D-17, D-25 thru D-29, filed and placed in box. |
| 3-27-85 | | Plft-Intervenors' DESIGNATION OF RECORD for appeal to 5th Circuit Court of Appeals, cert. of service, filed. |

----------

Case 2:67-cv-02216-UNA-UNA Document 5 Filed 02/09/11 Page 18 of 30

DC 111A
(Rev. 1/79)

### CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED STATES OF AMERICA | LAWRENCE COUNTY SCHOOL DISTRICT, et al | DOCKET NO. JL 2216 (L) |
| | | PAGE 17 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 4-2-85 | | TRANSCRIPT of proceedings held in Jackson on Oct. 31 and Nov.1, 1984, Vol. 1 & 2, taken on Motion for Preliminary Injunction by Carol Winstead, filed. |
| 4-8-85 | | Plaintiff-intervenors' AMENDED DESIGNATION OF RECORD ON APPEAL, cert. of service, filed. |
| 4-10-85 | | TRANSCRIPT, Vol. III, on Motion for Preliminary Injunction taken on 11-1-84 before TSL by George Thaggard, filed. |
| 4-10-85 | | AGREED ORDER: Ordered that the Designation of Record for Appeal as filed by the Plaintiff-Intervenors be so designated; filed and entered in OB 1985, page 1908, copy mailed attorneys of record. (TSL) |
| 5-15-85 | | Enrollments and racial balance of the classes of the respective Attendance Centers in compliance with U. S. Court order of Nov., 1969, filed. |
| 5-23-85 | | Notes and Electric Recording of Motion for Preliminary Injunction taken on 11-1-84 and placed in envelope 134, stored in J'son, filed. |
| 7-24-85 | | Plft-intervenor's Request for Production of Documents propounded to deft., cert. of service, Exhibit A - C attached, filed. |
| 7-24-85 | | Plft-intervenor's Interrogatories propounded to deft., with attachments, cert. of service, filed. |
| 7-31-85 | | Copy of letter from Suzanne Griggins to 5th Circuit Court of Appeals concerning an order issued by 5th Circuit in Nov., 1974 concerning unitary status of school system, filed. |
| 8-19-85 | | Opinion of U.S. Court of Appeals, 5th Circuit on appeal of denial of preliminary injunction, Affirmed, filed. |
| 8-19-85 | | Judgment of 5th Circuit on denial of preliminary injunction by district court: Ordered that the order of the district court is affirmed in denying preliminary injunction, intervenors-appellants ordered to pay defendants-appellees the cost of appeal, to be taxed by the Clerk of this court, filed and entered in OB 1985, page 2883. |
| 8-26-85 | | Copy of Bill of Cost of the 5th Circuit Court of Appeals in the amount of $78.00, filed. |
| 9-9-85 | | Plaintiff-intervenors' Response and Position concerning the Fifth Circuit order of 1-9-74 with exhibits A - H attached, cert. of service, filed. |
| 9-18-85 | | Response of Lawrence County School Dist. to plft-intervenors' First Request for Production, cert. of service, filed. |

GB 111A
(Rev. 2/76)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| United States of America, et al | Lawrence County School District, et al | DOCKET NO. # 2216(L)<br>PAGE 18 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 9-25-85 | | ANSWERS of Lawrence County School Dist. to the First Set of Interr. of the plaintiff-intervenors, cert. of service, filed. |
| 9-27-85 | | Plft-intervenors' NOTICE OF DEPOSITIONS of James Hill at 9 a.m., of Denson Deavers at 1 p.m. on 10-7-85; of Martha Holloway at 2 p.m. on 10-8-85; of Charles T. Lofton at 9 a.m. and John Flynt at 1p.m. on 10-9-85; all to be taken at the Lawrence County Courthouse, filed. |
| 10-4-85 | | Defts' FIRST SET OF INTERROGATORIES propounded to plft-intervenors, cert. of service, filed. |
| 10-11-85 | | Plft' MOTION FOR FURTHER RELIEF with Exhibits A - B and Affidavit of Suzanne Grissim attached, certs of service, filed |
| 10-15-85 | | Defts' OPPOSITION to the Motion for Further Relief, cert. of service, filed. |
| 10-16-85 | | ORDER: Motion for temporary restraining order is granted; defendants, their agents and their employees are enjoined from further execution of the construction contracts until 10-24-85 at 5 p.m. at which time the court will determine the plft-intervenors' motion for further relief in full; filed and entered in OB 1985, page 3361, copy mailed attorneys of record. (TSL) |
| 10-17-85 | | ORDER: Ordered that the order of 1-9-74 did not adjudicate the Lawrence County School District to be unitary, filed and entered in OB 1985, page 3369, copy mailed attorneys of record. (TSL) |
| 10-17-85 | | Defts' Lawrence County School Dist's SECOND SET OF INTERR. propounded to plft-intervenors, cert. of service, filed. |
| 10-17-85 | | FIRST REQUEST FOR ADMISSIONS by the defts. to the plft-intervenor, cert. of service, filed. |
| 10-22-85 | | Plft-intervenors' SECOND SET OF INTERR. propounded to deft., cert. of service, filed. |
| 10-22-85 | | Plft-intervenors' SECOND REQUEST FOR PRODUCTION of the defts., cert. of service, filed. |
| 10-23-85 | | ORDER: Ordered that the Temporary Restraining Order of 10-16-85 is extended until 11-1-85 at 2 p.m.; further that the defts may have additional time to and including 10-24-85 in which to file their reply to plft-intervenors' motion for additional relief; filed and entered in OB 1985, pages 3398-9, copy mailed attorneys of record. (TSL) |
| 10-24-85 | | AFFIDAVITS of Denson E. Deavers and Walter Cooper, filed. |
| 10-28-85 | | SUPPLEMENTAL AFFIDAVIT of Denson E. Deavers, cert. of service, filed. |

OC 1256
(Rev. 1/76)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| United States of America, et al | | Lawrence County School District, et al | DOCKET NO. H-2216(L) |
| | | | PAGE 19 OF   PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10-31-85 | | AFFIDAVIT of Suzanne Griggins with attached map, filed. |
| 10-31-85 | | AFFIDAVIT of Yvonne Dyson, filed. |
| 10-31-85 | | Plft-intervenors' REQUEST FOR INSPECTION, cert. of service, filed. |
| 11-4-85 | | ANSWERS of plft-intervenors to the Request for Admissions of the deft., cert. of service, filed. |
| 11-?-85 | | ORDER, Defts are enjoined from further execution of contracts for the construction of Monticello Elementary School, plaintiffs' motion is denied in all other respects, filed and entered in OB 1985, pages 349 -3, copy mailed attorneys of record.  (TSL) |
| 11-4-85 | | Defts' MOTION TO STRIKE AFFIDAVIT OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE REBUTTAL,  with Notice of Motion for hearing in J'son by TSL as soon as possible, cert. of service, filed. |
| 11-4-85 | | AFFIDAVIT of Kenneth A. Rotherford, filed. |
| 11-5-85 | | Plft-intervenors' ANSWERS to interrogatories of the defts., cert. of service, filed. |
| 11-7-85 | | Plft-intervenors' REQUEST FOR ADMISSIONS with exhibits attached, cert. of service, filed. |
| 11-7-85 | | Plft-intervenors' THIRD SET OF INTERROGATORIES propounded to defts., exhibits attached, cert. of service, filed. |
| 11-12-85 | | MOTION TO CERTIFY CLASS made by plft-intervenors with attachments, NOTICE OF MOTION for hearing at 9 a.m. in J'son before Judge Lee, cert. of service, filed. |
| 11-15-85 | | Deft's NOTICE OF DEPOSITION at the Federal Courthouse in Monticello beginning at 9 a.m. on 11-21-85 of Plaintiff-Intervenors, cert. of service, filed. |
| 11-15-85 | | Plft-Intervenors' NOTICE OF DEPOSITION of Doris Brown at 9 a.m. on 11-19-85 in Courthouse, Monticello, cert. of service, filed. |
| 11-18-85 | | Plft-Intervenors' ANSWERS to Sec. Set of Interr. of the defts., cert. of service, filed. |
| 11-18-85 | | Plft-Intervenors' SUPPLEMENTAL ANSWERS to defts First set of interr., cert. of service, filed. |
| 11-21-85 | | Defts' MOTION FOR TIME to respond to motion for class, with NOTICE OF MOTION for hearing by TSL in J'son as soon as possible, cert. of service, filed. |
| 11-22-85 | | Defts' REPLY to Second Request for Production of the plft-intervenors, cert. of service, filed. |

DC 111A
(Rev. 1.76)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| U. S. A. and Sheanda Bryant, et al | LAWRENCE County School District | DOCKET NO. J. 2216 |
| | | PAGE 20 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11-25-85 | | ORDER: Time in which defts many respond to plft-intervenors Motion for Class is enlarged until 12-3-85, further ordered that plft-intervenors shall file their reply brief by 12-9-85 and that both parties shall submit their briefs to the Court by hand delivery no later than 2 p.m. on the due date; filed and entered in OB 1985, pages 3626-7, copy mailed attorneys of record. (TSL) |
| 11-25-85 | | MOTION of plft-intervenors for Order Compelling Discovery. Noticed for hearing by JRC in J'son at 9:30 a.m. on 12-5-85, cert. of service. filed. |
| 12-2-85 | | MOTION of deft. to Amend Answer, NOTICED for hearing by JRC in J'son on 12-5-85 at 9 a.m., cert. of service, filed. |
| 12-4-85 | | MOTION of deft. to AMEND ANSWER to the Complaint of the plft-intervenors, NOTICED for hearing by JRC in J'son on 12-12-85 at 9 a.m., cert. of service, filed. |
| 12-4-85 | | OPPOSITION of defts. to Motion for Certification of Class by plft-intervenors, cert. of service, filed. |
| 12-5-85 | | Defts' OPPOSITION to Motion to Compel of plft-intervenors with attachments, cert. of service, filed. |
| 12-5-85 | | Defts' RESPONSE to Second Set of Interrogatories, cert. of service, filed. |
| 12-10-85 | | Plft-intervenors' NOTICE TO TAKE DEPOSITION of Norvell Burkette at 11 a.m. on 12-12-85, cert. of service, filed. |
| 12-10-85 | | Defts' RESPONSE to Request for Admissions, cert. of service, filed. |
| 12-12-85 | | Lawrence County's school enrollments and racial balance in compliance with U. S. District Court Order dated November, 1969, filed. |
| 12-13-85 | | Deputy Clerk Sheets: Pre-trial hearing in Jackson before TSL on 12-5-85; trial to be limited to certain issues, pretrial order and proposed finds & conclusions to be submitted by 12-13-85, motion for class to be heard at a later date, trial to commence on 12-16-85 at 9 a.m. in J'son, filed. |
| 12-16-85 | | RETURN OF SERVICE on Subpoenas of James M. Boone, Edwin L. Smith, Julia Nelson, Jimmy Sutton, and B. R. Duckworth on 12-12-85, filed. |
| 12-18-85 | | RESPONSE of defts. to Third Set of Interr. of the plft-intervenors, cert. of service, filed. |
| 12-19-85 | | PRETRIAL ORDER: This order controls the course of the non-jury trial, it may not be amended except by consent of the parties and of the Court; filed and entered in OB 1985, pages 3720-3790, filed. |
| 12-19-85 | | AMENDMENT TO PRETRIAL ORDER: Stipulation as to exhibits; filed and entered in OB 1985, pages 3791-3. |

BE 111A
(Rev. 1/79)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED STATES, et al | LAWRENCE County School Dist. | DOCKET NO. N-2216 |
| | | PAGE 21 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12-30-85 | | DEPUTY CLERK SHEET: Trial in J'son by TSL on Dec. 17, 18, 19, 20, & 23 with Carol Winstead as court reporter; rule invoked, parties stipulated that transcript and exhibits from hearing on Preliminary Injunction be made a part of this record, plft-intervenor rests on 12-19-85, deft's motion for directed verdict, reserved uling, deft rests on 12-23-85, deft's renewed motion for directed verdict, reserved ruling, parties to submit briefs by 12-27-85 at 2 p.m., court reserved ruling; filed. |
| 12-30-85 | | EXHIBIT LIST of plft-intervenors, of defts, and WITNESS LIST of plft-intervenors and of defts, filed. |
| 1-6-86 | | RETURN OF SERVICE on Subpoena of Herbert Ted Lambert on 12-17-85 and on Troy Foster on 12-17-85, filed. |
| 1-6-86 | | RETURN of Serv. on Subpoena executed as to Mrs. Ruth Carling on 12/9/85, filed. |
| 1-6-86 | | RETURN of Serv. on Subpoena executed as to Martha Holloway on 12/10/85, filed. |
| 1-6-86 | | RETURN of Serv. on Subpoena executed as to Flee Callaway on 12/9/85, filed. |
| 1-6-86 | | RETURN of Serv. on Subpoena executed as to Dr. Frank Lovell on 12/4/85, filed. |
| 1-6-86 | | RETURN of Serv. on Subpoena executed as to Annette Miller on 12/6/85, filed. |
| 1-6-86 | | RETURN of Serv. on Subpoena executed as to Kindall Wilson on 12/6/85, filed. |
| 1-13-86 | | MEMORANDUM OPINION: Attend. outside of system of residence: Because the Lawrence Co. School Dist. has not been found to be unitary, this court has jurisdiction. ATTENDANCE PLAN: Plntf.-intervenors presented seven alternate plans for consideration by the court, all of which involve some degree of consolidation. According to data compiled, a facilities planning expert, consolidation would require either addtl. buildings or severe overcrowding of classrooms, neither of which is desirable. SCHOOL CONSTRUCTION: Court is of the opinion that the District's construction plans satisfy the constitutional obligations. TRANSPORTATION: Plntf.-intervenors should not prevail on this claim. TEACHER ASSIGNMENT: The court will retain under advisement the issue of teacher assignment pending the outcome of settlement negotiations by the parties with reference to hiring. An order in conformance with this opinion shall be entered, at which time the preliminary injunction entered by order dated 11-1-85 shall be dissolved, filed. Copies mailed to Attys. of Record. |
| 1-13-86 | | Plntf.-Intervenor's MOTION for Injunction Pending Appeal w/cert. of serv., filed. |
| 1-15-86 | | Deft., Lawrence Co. School Dist., Opposition to Motion for Injunction Pending Appeal w/cert. of serv., filed. |
| 1-15-86 | | JUDGMENT: Judgment is entered in favor of Deft. Lawrence Co. School Dist. and against Plntf.-Intervenors, Shwanda Bryant, et al, on issues of consolidation, |

DC 111A
(Rev. 1/78)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED STATES, et al | LAWRENCE COUNTY SCHOOL DIST. | DOCKET NO. H-2216<br>PAGE 22 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | construction of facilities and transportation. Issue of teacher assignment and other issues raised in complaint of Plntf.-Intervenors be continued pending further proceedings. The preliminary injunction against Deft. Lawrence Co. Schoo Dist. entered by this Court November 1, 1985 is dissolved, filed and entered in OB 1986, Pgs. 58 and 59. Copies of Judgment mailed to Attys. of Record. |
| 1-16-86 | | NOTICE OF APPEAL to Fifth Circuit Court of Appeals from Opinion of 1-10-86 and and subsequent Judgments dated 1-14-86 w/ designation of record w/cert. of serv., filed. Copies mailed to Attys. of Record. |
| 1-16-86 | | (ORDER)<br>MOTION Pending Appeal, denied, filed and entered in OB 1986, Page 63. Copies mailed to Attys. of Record. |
| 1-30-86 | | Transcript Order for proceedings of Dec. 17, 18, 19, 20, & 23, 1985 with Court Reporter Carol Winstead, filed. |
| 1-31-86 | | Designated Record mailed 5th Circuit. |
| 2-7-86 | | Exhibit # 8 received from Suzanne Griggins with request that it be included with exhibits mailed Fifth Circuit for appeal, filed. |
| 2-13-86 | | Defts' NOTICE OF CROSS-APPEAL with defts' designated record (Findings of Fact and Recommendations of Judge Russell on May 18, 1970, and Memorandum Opinion and Order entered on Nov. 27, 1984), cert. of service, filed. |
| 2-18-86 | | RECORD on Cross-Appeal with cert. copy of Notice of Cross-Appeal and certified copy of docket sheets mailed 5th Circuit Court of Appeals. |
| 2-20-86 | | TRANSCRIPT of hearing in Jackson, MS on Dec. 17, 18, 19, 20, and 23, before Tom S. Lee, Vol. 1 - IV, by Carol R. Winstead, filed. (Mailed 5th Circuit - this completes record for this appeal) |
| 3-25-86 | | Letter from Suzanne Griggins that 4 pleadings should be sent to 5th Circuit in RESPONSE to Cross-Appeal of deft. Order of 1-13-70, order of 1-10-74, order of 11-19-74, and response of 9-9-85 numbered and mailed 5th Circuit as a Supplemental Record. |
| 4-24-86 | | Enrollments and racial balance of the Attendance Centers of Lawrence in compliance with Court Order of Nov. 1969, filed. |
| 1-2-87 | | Plntf-intervenors/appellants MOTION for Interim Relief w/cert. of serv. w/ Affidavit of Suzanne Griggins w/attachments, filed. |
| 1-12-87 | | Defendant/Appellee (Lawrence County School District)'s OPPOSITION to Motion for Interim Relief. |
| 1-23-87 | | Enrollments and racial balance of the Attendance Centers of Lawrence in compliance with Court Order of Nov. 1969, filed. |

DC 111A
(Rev. 1/79)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| U. S. A., et al | LAWRENCE COUNTY SCHOOL DISTRICT | DOCKET NO. H 2216 |
| | | PAGE 23 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1-27-87 | | Certified copy of OPINION from U.S. Court of Appeals, 5th Circuit on Appeal from district court judgment: Appeal from district court judgment is affirmed in part, reversed in part and remanded for further proceedings consistent with this opinion. To eliminate the vestiges of past segregation the district court shall (1) order the school board to assign teachers in compliance with the 1969 order as soon as practicable (2) revise attendance zones (3) prepare a detailed order directing the steps to be taken to prevent students whose true residence is in one school zone from attending school in other and to prohibit all attendance in Lawrence County schools by persons who reside outside the county (4) review bus route for compliance with the 1969 order and direct School Board to review routes annually and to submit reports. |
| | | Certified copy of OPINION from Court of Appeals from denial of a preliminary injunction is affirmed. The mandate shall issue forthwith. |
| 1-27-87 | | Certified copy of JUDGMENT from 5th Circuit Court of Appeals: Ordered that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court. It is further ordered that the defendants-appellees pay to intervenors-appellants the costs of appeal to be taxed by Clerk, filed. |
| | | Certified copy of 5th Circuit on Petitions For Rehearing and Suggestions for Rehearing En Banc: Petition is denied, filed. |
| 1-27-87 | | Copy of 5th Circuit's BILL OF COSTS in the amount of $454.25, filed. |
| 1-30-87 | | Certified copy of ORDER from 5th Circuit Court of Appeals: Ordered that the appellant's motion for interim relief is denied without prejudice, the district court has jurisdiction to act on the request, filed and entered in OB 1987, page 19. |
| 1-30-87 | | Certified copy of 5th Circuit ORDER: The court clarifies its opinion and order as follows - The order directed that the School Board assign teachers in compliance with the 1969 order as soon as practicable. That order stated that the School Board shall assign teachers and staff to each school "for the school year 1969-70 and subsequent years" so that "the racial composition of a staff (will not) indicate that a school is intended for Negro or white students" and so that "the ratio of Negro to white teachers in each school, and the ratio of other staff in each, are substantially the same as each such ratio is to the teachers and other staff, respectively, in the entire school system". This was the court's intention. The reference to the student black-white ratio was not intended to qualify or alter this order. Filed and entered in OB 1987, page 20-21. |
| 2-5-87 | | Plaintiff-Intervenors' MOTION FOR TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUNCTION. Affidavit of Suzanne Griggins attached with exhibits A - C, filed. |

DC 111A
(Rev. 1/75)

# CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| U. S. A., et al | LAWRENCE COUNTY SCHOOL DISTRICT | DOCKET NO. H 2216(L) |
| | | PAGE 24 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2-18-87 | | Defendants' OPPOSITION to motion for preliminary injunction of the plaintiff-intervenors, with Affidavit of Henry Russell attached, cert. of service, filed. |
| 2-23-87 | | Plaintiff-intervenors' MOTION TO SHORTEN TIME FOR ANSWERING production of documents and interrogatories, cert. of service, filed. |
| 2-23-87 | | Pltf-intervenors' REQUEST FOR PRODUCTION OF DOCUMENTS, cert. of service, filed. |
| 2-23-87 | | Plaintiff-intervenors' INTERROGATORIES to the defendant, cert. of service, filed. |
| 3-6-87 | | Opposition to MOTION To Shorten Time for Answering PRODUCTION OF DOCUMENTS & INTERROGATORIES w/cert. of serv., filed. |
| 4-2-87 | | RETURN OF SERVICE on subpoena of Henry Russell by personal service on 4-2-87, filed. |
| 4-6-87 | | DEPUTY CLERK SHEET: Hearing on motion for preliminary injunction in J'son by TSL with Ginger Hall as court reporter on 4-3-87. Court rendered bench opinion denying motion, Judgment to be submitted, filed. |
| 4-6-87 | | EXHIBITS submitted at hearing on motion for preliminary injunction: P-1 thru P-6, P-8 thru P-10, filed in yellow envelope in back of file. |
| 4-6-87 | | Exhibit and Witness List, filed. |
| 4-20-87 | | DEPUTY CLERK SHEET: 30 minute hearing in H'burg by DMR on 4-14-87 with Suzanne Griggins, counsel for defts. Both parties were to meet on April 23; however, meeting was rescheduled to meet either April 24 or April 25, 1987; Parties to meet with Court in Gulfport on April 27, 1987 to discuss settlement, filed. |
| 4-30-87 | | Pltf-Intervenors' MOTION TO ENFORCE ORDER with exhibits attached, cert of svc, filed. Copy mailed Owen. |
| 5-7-87 | | DEPUTY CLERK SHEET: Hearing on motion by DMR in G'port on May 1, 1987 with no court reporter. Griggins requested Russell hear case. However, trial has been set before TSL on 5-18-87 and DMR felt that TSL should hear entire case, filed. |
| 6-1-87 | | TRANSCRIPT of Bench Opinion on motion for preliminary injunction taken April 3, 1987 before TSL, filed. |
| 6-18-87 | | Plaintiff-intervenors' NOTICE OF DEPOSITION and REQUEST FOR PRODUCTION OF DOCUMENTS of Dr. Dan Martindale, cert of svc, filed. |
| 6-18-87 | | Pltf-intervenors' NOTICE OF DEPOSITION of Larry Foster and REQUEST FOR PRODUCTION cert of svc, filed. |
| 6-18-87 | | Pltf-intervenor's NOTICE OF DEPOSITION and REQUEST FOR PRODUCTION of Mitchell Barnes, cert of svc, filed. |
| 6-18-87 | | Pltf-intervenors' NOTICE OF DEPOSITION of Charles Powell on 6-17-87 and REQUEST FOR PRODUCTION, cert of svc, filed. |

DC 111A
(Rev. 1/79)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED STATES, SHEANDA BRYANT, et al | LAWRENCE COUNTY SCHOOL DISTRICT | DOCKET NO. H 2216 |
| | | PAGE 25 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6-18-87 | | Pltf-intervenors' NOTICE OF DEPOSITION of Kenneth Carr on 6-17-87 and REQUEST FOR PRODUCTION, cert of svc, filed. |
| 6-18-87 | | Pltf-intervenors' NOTICE OF DEPOSITION of Henry Russell on 6-18-87 and REQUEST FOR PRODUCTION, cert of svc, filed. |
| 6-19-87 | | Enrollments and racial balance of Attendance Centers in compliance with order dated Nov.. 1969, filed. |
| 6-26-87 | | Motion For Leave to Intervene, cert of svc, with attachments, Notice of Motion for hearing by TSL as soon as possible, filed. |
| 7-6-87 | | Deft., Lawrence Co. School Dist., RESPONSE to Motion for Leave to Intervene w/ cert. of serv., filed. |
| 7-7-87 | | Deft., Lawrence Co. School Dist., MOTION to Amend Order of U.S. Ct. of Appeals for Fifth Circuit dated 12/5/69 w/NOTICE  before TSL in J'son as soon as counsel may be heard w/cert. of serv. and AFFIDAVIT of Norvel L. Burkett & Exh. A, filed |
| 7-7-87 | | Deft., Lawrence Co. School Dist. RESPONSE to MOTION to INTERVENE w/cert. of serv., filed. |
| 7-7-87 | | Pltf-Intervenors' RESPONSE to Movants' MOTION to INTERVENE w/cert. of serv., filed. |
| 7-8-87 | | Plaintiff-intervenors' RESPONSE to motion to amend order of deft., cert of svc, filed. |
| 7-14-87 | | ORDER: Lawrence County School Dist. shall not enroll any students who are not bona fide legal residents. School Dist. shall designate an Administrator for each attendance center who will be responsible for verifying the address of all students.  The Administrator shall timely submit reports required.  Lawrence County School Board shall be responsible for carrying out the provisions of this order.  Whenever any party receives evidence that a student is enrolled in violation of this order, that party shall notify the Superintendent.  If any student is found to have improperly enrolled the district shall immediately drop the student.  If the court determines that the School District did not take all reasonable steps to insure compliance with this order, the district shall pay to the proper district of enrollment of the student the sum of $75.00 for each calendar month or fraction thereof that the student improperly enrolled up to a maximum of $2,250.00.  The designated administrator shall maintain a file containing all documentation submitted by each student.  The residence of students in Appendix A  has to be approved by either the parties or the court in accordance with the procedures set out herein.  No such student  shall be permitted to enroll until the administrator has determined that the student is a bona fide resident.  The designated administrators shall be responsible for determining the location of a student's residence  and shall use the definition of residence contained in the Miss. High School Athletic Association Handbook.  The administrator shall personally inspect the residence listed for each student listed on Appendix A at least 3 times each year.  School District shall submit (continued on next page) |

DC 111A
(Rev. 1/79)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| UNITED STATES OF AMERICA, et al | LAWRENCE COUNTY SCHOOL DISTRICT, et al | DOCKET NO. H 2216(1) |
| | | PAGE 26 OF _____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | a written report of these visits. Principals or teachers may enroll their children in school zone in which they teach regardless of the legal residence of such teacher. The school district may enroll out of county minority students in accordance with the 12-5-69 order of the Fifth Circuit Court of Appeals. On Oct. 15 of each year the School District shall provide to the court a report of measures taken to insure compliance, a current list of all students. The order of Aug. 7, 1984 is rescinded and this order is adopted in its place. Pltf-intervenors are entitled to attorneys' fees and costs in the amount of $5,500.00. Copies mailed attorneys, filed. (TSL 7-13-87) |
| 7-16-87 | | U. S. A.'s RESPONSE in opposition to motion for leave to intervene, cert of svc, filed. |
| 7-21-87 | | SUPPLEMENT TO MOTION FOR LEAVE TO INTERVENE with Notice of Motion for hearing by TSL as soon as possible, cert of svc, filed. |
| 7-24-87 | | RETURN OF SERVICE on subpoena of Leslie Shivers on 7-23-87, filed. |
| 7-31-87 | | RETURN OF SERVICE on subpoena of Charlie Powell and Lynette Walker on 7-30-87; and on Charles Prince and Henry Russell on 7-29-87, filed. |
| 8-3-87 | | Pltf-intervenors' AMENDED RESPONSE to deft's motion to amend order, cert of svc, filed. |
| 8-4-87 | | MODIFICATION OF ORDER: Ordered that paragraph 11 of Order of 7-14-87 is modi- |
| -87 | | fied as follows: 11. The designated administrators shall be responsible for determining the location of a student's residence and whether that residence is located within Lawrence County, based upon the documentation submitted by the student, his parents or guardian, and actual visits (for those students identi- fied in Appendix "A") to the Lawrence County address given as the residence of the student. Copy mailed attorneys, filed. |
| 8-10-87 | | EXHIBITS G-1, G-2 of trial on Aug. 6, 1987 in J'son before TSL, filed in small yellow envelope. |
| 8-10-87 | | EXHIBITS P-1 thru P-12, PI-1 thru PI-4 on Motion to Intervene in J'son before TSL on Aug. 3-4, 1987, filed in large yellow envelope. |
| 8-10-87 | | DEPUTY CLERK SHEET: Hearing on Motion to Intervene in J'son by TSL on Aug. 3-4, 1987 with Carol Winstead as court reporter. Court issued bench opinion over- ruling motion, filed. |
| 8-10-87 | | EXHIBIT LIST on motion to intervene, filed. |
| 8-10-87 | | DEPUTY CLERK SHEET: Hearing in J'son on Aug. 6, 1987 by Judge Lee with Carol Winstead as court reporter. After hearing evidence and reviewing the plan, the court stated that the attendance plan proposed complies with the Fifth Circuit mandate and is a reasonable plan for Lawrence County School District, agreed order to be submitted by 8-10-87, filed. |
| 8-10-87 | | EXHIBIT LIST of hearing on Aug.6, 1987, filed. |
| 8-10-87 | | Return of Service on subpoena of Dr. Dan Martindale & Mitchell Barnes on 8-4-87, filed. |

PC 111A
(Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| U.S.A., Sheanda Bryant, et al | Lawrence County School District | DOCKET NO. H 2216 (L) <br> PAGE 27 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 8-11-87 | | ORDER: Motion to Intervene of Michael Tyrone Smith, et al is hereby denied, copy mailed attorneys, filed and entered in OB 1987, page 116. |
| 8-12-87 | | ORDER: Plan set out herein and on the map attached is approved by this Court for the school year beginning August, 1987, and for subsequent years, subject to further order of this Court. Further ordered that the teacher assignments for the Lawrence County School District (Exhibit B) are approved for the school year beginning in August, 1987. Furthered ordered that deft. take such measures as are necessary to ensure compliance with the attendance zones. Further ordered that the deft take such measures as are necessary to provide additional funding for necessary facilities, staff, school buses, etc. as are necessary to effectuate the plan approved by this Order. Further ordered that the school district submit its proposed bus route plan to the parties for their review and that the parties report to the Court by Oct. 15, 1987; copy mailed attorneys, filed. (TSL 8-11-87) |
| 1-22-88 | | Enrollments and racial balance of the Attendance Centers of Lawrence County in compliance with Court Order of Nov. 1969, filed. |
| 3-30-88 | | Defts' MOTION TO AMEND ORDER with Affidavit of Henry Russell and Notice of Motion for hearing by Judge Lee in J'son as soon as possible, cert of svc, filed. |
| 4-19-88 | | Pltf-Intervenor's RESPONSE to Motion To Amend Order, Attachments A - C, cert of svc, filed. |
| 4-28-88 | | Plaintiff-intervenors' WITHDRAWAL OF OBJECTION to the district's request to postpone consolidation of 9th grade until the 1989-90 school year, cert of svc, filed. |
| 5-5-88 | | RESPONSE of the USA to motion to amend filed by Lawrence County School Dist., cert of svc, filed. |
| 6-2-88 | | AMENDMENT TO ORDER: Ordered that this Court's Order of Aug. 12, 1987, is amended to permit the 9th grade students in the Lawrence County School system to remain at Topeka Tilton, New Hebron and Monticello Junior High School for the 1988-89 school year. This Court's Order of August 12, 1987, shall otherwise remain in full force and effect; copy mailed attorneys of record, filed. (TSL 5-31-88) |
| 11-18-88 | | Pltf-Intervenors' APPLICATION for An Interim Award of Attys' Fees and Expenses w/cert. of serv. and Exhibits A through I, filed. |
| 11-21-88 | | AFFIDAVIT of Theodore M. Shaw on motion for award of attorney's fees, filed. |
| 11-28-88 | | Deft's NOTICE TO TAKE DEPOSITION of Suzanne Griggins on 12-5-88, cert of svc, filed. |
| 12-5-88 | | ENTRY OF APPEARANCE of Bob Owens as counsel for Suzanne Griggins, cert of svc, filed. |

Case 2:07-cv-02216-UNA-UNK  Document 1  Filed 02/29/12  Page 29 of 29

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | | DEFENDANT | |
|---|---|---|---|
| ..SA, SHEANDA BRYANT, et al | | LAWRENCE COUNTY SCHOOL DISTRICT, et al | DOCKET NO. H 2216 |
| | | | PAGE 28 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| .-12-88 | | ORDER: Deft is granted additional time until and including 12-30-88, in which to file its response to the application of Intervenors for attorney's fees; copy mailed attorneys, filed. (TSL 12-9-88) |
| .-30-88 | | ORDER: Ordered that Lawrence County School District is granted until and including 1-6-89 to respond to application for interim attorney fees, copy mailed attorneys, filed. (TSL 12-29-88) |
| .-9-89 | | Defts' MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT, cert of svc, filed. |
| .-9-89 | | Defts' OPPOSITION to plaintiff-intervenors' Application For Interim Award Of Attorney's Fees, Affidavit of Henry Russell and exhibits attached, Affidavit of Kenneth Carr with exhibits attached, Affidavit of Bruce B. Smith, Affidavit of Kenneth A. Rutherford with exhibits attached, cert of svc, filed. |
| ..-89 | | ORDER: Ordered that Lawrence County School District, et al are granted leave to file their responsive brief to the Application For Award Of Interim Attorney's Fees in excess of the page-limit; copy mailed attorneys, filed. (TSL 1-9-89) |
| .-89 | | ORDER: Pltf-intervenors are granted time until and including 1-27-89, to respond to application for interim attorney fees. (TSL 1-17-89, cc, eod 1-20-89) |
| .-89 | | Defts' Supplemental Opposition to application for interim award of attorneys' fees and expenses. |
| .-89 | | Pltf-Intervenors Response to deft's opposition to an award of attorneys' fees. |
| .-89 | | Affidavit of Tina McKinnis. |
| .-89 | | Pltf-Intervenors' Mtn for leave to file brief in excess of page limit. |
| .-89 | | Supplemental Affidavit of Suzanne Griggins. |
| .-89 | | ORDER: Pltf-intervenors are granted leave to file their briefs in excess of the page limit, cc, eod 1-31-89. (TSL 1-28-89) |
| .-89 | | Enrollments & racial balance of classes of Lawrence County Schools for 1989. |
| .-89 | | MEMORANDUM OPINION & ORDER: Pltf-intervenors' application for an interim award of attorney's fees & expenses is granted and it is ordered that pltf-intervenors are awarded the sum of $144,860.81 with interest at the legal rate from Aug. 11, 1987; cc, eod 5-30-89. (TWL 5-25-89) |
| .-89 | | JUDGMENT: Ordered that pltf-intervenors recover from Lawrence County School Dist. the sum of $144,860.81 together with interest at the legal rate from Aug. 1, 1987; cc, eod 6-19-89. (TSL 6-16-89) |

DC 111A
(Rev. 1/79)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| U.S.A., Sheanda Bryant, et al | Lawrence County School District | DOCKET NO. H 2216(L) |
| | | PAGE 29 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6-29-89 | | NTC OF APPEAL from the order of May 30, 1989 and from the judgment filed June 19, 1989; cert. copy mailed 5th Circuit. |
| 8-1-89 | | Defts-Appellants', DESIGNATION OF RECORD. |
| 8-31-89 | | Certified copy of Judgment from 5th Circuit Court of Appeals: Pursuant to motion of appellant, the referenced appeal was dismissed the 24th day of August, 1989. |
| 9-18-89 | | ORDER: Lawrence County School Dist. shall pay the pltf-intervenors the sum of $144,860.80 with interest from Aug, 1987 as follows: $35,000 payable by 1-31-90, $60,000 payable 1-31-91, $60,000 payable by 1-31-92, the balance payable by 1-31-93. Cc, cod 9-18-89. (TSI. 9-13-89) |
| 1-25-90 | | Enrollments & racial balance for Attendance Centers. |
| 4-24-90 | | Enrollments & racial balance for Attendance Centers of Lawrence Co. Schools. |
| 11-21-90 | | Enrollments & racial balance for Attendance Centers of Lawrence Co. Schools. |
| 4-11-91 | | Enrollments & racial balance for Attendance Centers of Lawrence Co. Schools. |
| 11-27-91 | | Enrollments & racial balance for Attendance Centers of Lawrence Co. schools. |
| 4-16-92 | | Enrollments & racial balance for Attendance Centers of Lawrence Co. Schools. |
| 12-1-92 | | Enrollments and racial balance of classes of respective Attendance Centers of Lawrence County Schools based on school month nearest to 11-15-92. |
| 4-8-93 | | Enrollments and racial balance of classes of respective Attendance Centers of Lawrence County Schools based on school months nearest to 4/5/93. |
| 12-10-93 | | Enrollments and racial balance of classes of respective Attendance Centers of Lawrence County Schools based on school month nearest 11/15/93. |
| 4-13-94 | | Enrollments and racial balance of classes of respective Attendance Centers |
| 1-20-95 | | Enrollments and racial balance of classes of respective Attendance Centers of Lawrence County Schools based on school month nearest 11/30/94. |
| 4-25-95 | | Enrollments and racial balance of classes of respective Attendance Centers of Lawrence County Schools based on school month nearest 3/31/95. |