UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| SHEANDA BRYANT, et al., | ) | |
| | ) | |
| Plaintiff-Intervenors, | ) | Civil Action No. H-2216(L) |
| | ) | |
| V. | ) | |
| | ) | |
| LAWRENCE COUNTY SCHOOL DISTRICT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## NOTICE OF APPEARANCE OF SHAKTI BELWAY
## ON BEHALF OF PLAINTIFF-INTERVENORS

I respectfully request that the Court enter the appearance of Shakti Belway as counsel of record in the above captioned action as I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff-Intervenors Sheanda Bryant, et al., ("Private Plaintiffs").

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, papers, and other materials relevant to this action should be served upon:

Shakti Belway, Esq.
P.O. BOX 2040
Santa Barbara, California, 93120
(415) 516-4211
shakti.belway@gmail.com
shakti.belway@aya.yale.edu

Dated: July 15, 2020

        FOR PRIVATE PLAINTIFFS SHEANDA BRYANT, et al.,

        <u>s/ Shakti Belway</u>
        SHAKTI BELWAY(MS BAR NO 102095)
        PO BOX 2040
        Santa Barbara, California, 93120
        Telephone: (415) 516-4211
        shakti.belway@gmail.com
        shakti.belway@aya.yale.edu