IN THE UNITED STATES DISTICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| SHEANDA BRYANT, ET. AL. | PLAINTIFF-INTERVENORS |
| VS. | CIVIL ACTION NO. 2: 67-CV-02216-UNA |
| LAWRENCE COUNTY SCHOOL DISTRICT | DEFENDANT |

## ANNUAL REPORT OF THE DEFENDANT

COMES NOW, the Lawrence County School District (hereinafter "LCSD"), the Defendant herein, by and through counsel, as required by Order of the 5th Circuit Court of Appeals on 30th March 1970, which was amended by this Court on July 14, 1987, and submits this the Annual Report of the Defendant and would show unto this Honorable Court to-wit:

1. On or about March 30, 1970, the United States 5th Circuit Court of Appeals (hereinafter "5th Circuit") ordered the herein Defendant, until further order of the Court, shall file with the clerk of the court a report setting forth therein specified information;

2. On or about January 9, 1974, the 5th Circuit transferred jurisdiction of the herein matter to this honorable district court;

3. On or about September 15, 1986, on appeal from this Court, the 5th Circuit affirmed in part, reversed in part, and remanded in part this Court's judgment on appellant's student complaint alleging violation of the desegregation decree by appellee school district. The Court found that the appellee had failed to desegregate and remanded

1

for reassignment of teachers, students, and the redesign of bus routes in order to establish a racial balance;

4. As a result of that ruling, on July 14, 1987, this Court entered an Order requiring, among other things, that on October 15 of each year the Defendant shall provide to the Court and to each party a report including,

> *(a) A narrative description of measures taken to insure [sic] compliance with the terms of this Order, including a description of each complaint or allegation concerning possible violation of this Order, and of subsequent actions taken by Lawrence County school officials.*
>
> *(b) A current list of all students who are admitted to a Lawrence County public school after address verification, showing, for each student, name, address, custodial status, (if relevant), race, grade, school district of residence, sending school (if relevant) and receiving school.*

p. 11-12, §21, *Order*, July 14, 1987.

5. The annual report of the LCSD is attached hereto as Exhibit "A" and incorporated herein by reference;

6. By notarized certification attached hereto as Exhibit "B" and incorporated herein by reference, Dr. Titus Hines, Ed.D., Superintendent of Education for the LCSD, attests to the content of this pleading as true and correct to the best of his own personal knowledge as agent for the LCSD after reasonably diligent inquiry and investigation.

WHEREFORE PREMISES CONSIDERED, the Lawrence County School District of Lawrence County, Mississippi prays that this Report be accepted and approved.

This the 15th day of October, 2020.

RESPECTFULLY SUBMITTED,

LAWRENCE COUNTY SCHOOL DISTRICT, DEFENDANT

Dr. Titus Hines, Ed.D., Superintendent
Lawrence County School District

JARED F. EVANS, MB# 105809
JARED F. EVANS LAW, PLLC
ATTORNEY FOR LAWRENCE COUNTY SCHOOL DISTRICT
POST OFFICE BOX 1636
MONTICELLO, MS 39654
601-587-0615 (OFFICE)
601-587-0623 (FAX)
601-320-4606 (CELL)
EMAIL: jaredfrankevans@jaredfevanslaw.com

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that on this day I electronically filed the foregoing Annual Report of the Defendant with the Clerk of the Court using the PACER system which sent electronic notification, and copies, of such filing to the following:

SHAKITI BELWAY, ATTORNEY
P. O. Box 2040
Santa Barbara, CA 93120
Email: shakti.belway@gmail.com
ATTORNEY OF RECORD FOR PLAINTIFF-INTERVENORS

Jonathan D. Newton
Peter W. Beauchamp
U.S. Department of Justice
Civil Rights Division
Educational Opportunities Division
4 Constitution Square
150 M St. NE, Rm. 10.216
Washington, DC 20530
Attorneys of Record for PLAINTIFFS

This the 15th day of OCTOBER, 2020.

/s/ JARED F. EVANS
JARED F. EVANS, ESQ.