

**Lawrence County School District**

Dr. Titus M. Hines
Superintendent of Education
346 Thomas E. Jolly Dr.
Monticello, MS 39654
Tel: 601-587-2506  Fax: 601-587-2221
www.lawrence.k12.ms.us

---

October 15, 2020

U.S. District Court
Southern Division of Mississippi
Federal Building
701 North Main Street, Suite 200
Hattiesburg, MS 39401

To Whom This May Concern:

Enclosed are the enrollments and racial balance of the classes of the respective schools of Lawrence County School District. This reports is in compliance with U.S. Court Order (Civil Action No. 2216-H), dated November 1969.

The enclosed information was compiled from our MSIS data base and student administration package in October of the 2020-2021 school term.

Sincerely,

*Titus M. Hines*

Titus M. Hines, Ed.D.
Superintendent of Education



EXHIBIT A

---

| Dr. Mark Herbert | Mr. Curtis Alexander | Mr. Dan Stuckey | Mrs. Mildred Harvey | Dr. Wesley Bridges |
| District 1 | District 2 | District 3 | District 4 | District 5 |

# Lawrence County School District
## 2020-2021

## I. Student Enrollment

### A. The number of students, by race, enrolled in the District as of September 30, 2020

| Race | Students | Percent of Total |
|---|---|---|
| Black | 736 | 40% |
| White | 1009 | 54% |
| Hispanic | 37 | 2% |
| Asian | 4 | ∠ 1 |
| Native America | 0 | ∠ 1 |
| Pacific Islander | 2 | ∠ 1 |
| Two or More | 42 | 3% |
| **Total** | **1857** | **100%** |

### B. The number of students, by race, enrolled in each school in the District are listed below.

| School Site | Black | % | White | % | Other | % | Total |
|---|---|---|---|---|---|---|---|
| Rod Paige Middle School | 162 | 51% | 145 | 45% | 13 | 4% | **320** |
| Monticello Elementary School | 157 | 46% | 166 | 49% | 20 | 5% | **343** |
| Lawrence County High School | 231 | 42% | 298 | 54% | 18 | 3% | **547** |
| New Hebron Attendance Center | 177 | 57% | 119 | 39% | 14 | 4% | **310** |
| Topeka Tilton Attendance Center | 36 | 11% | 281 | 83% | 20 | 6% | **337** |
| **Total** | **763** | **41%** | **1009** | **54%** | **85** | **5%** | **1857** |

### C. The number of students, by race and grade, enrolled in the District as of September 30, 2020

| Grade | Black | White | Other | Total |
|---|---|---|---|---|
| Kindergarten | 42 | 80 | 6 | **128** |
| 1st Grade | 57 | 67 | 10 | **134** |
| 2nd Grade | 54 | 75 | 6 | **135** |
| 3rd Grade | 63 | 61 | 8 | **132** |
| 4th Grade | 51 | 85 | 8 | **144** |
| 5th Grade | 54 | 63 | 5 | **122** |
| 6th Grade | 60 | 79 | 8 | **147** |
| 7th Grade | 67 | 102 | 4 | **173** |
| 8th Grade | 81 | 92 | 12 | **185** |

| Grade | Black | White | Other | Total |
|---|---|---|---|---|
| 9th Grade | 67 | 70 | 6 | 143 |
| 10th Grade | 49 | 79 | 9 | 137 |
| 11th Grade | 55 | 72 | 3 | 130 |
| 12th Grade | 53 | 74 | 0 | 127 |
| Special Education | 10 | 10 | 0 | 20 |
| **Total** | **763** | **1009** | **85** | **1857** |

D. The number of students, by grade and race, enrolled in Rod Paige Middle School are listed below.

| Grade | Black | White | Other | Total |
|---|---|---|---|---|
| 5th Grade | 38 | 28 | 2 | 68 |
| 6th Grade | 38 | 33 | 5 | 76 |
| 7th Grade | 33 | 37 | 2 | 72 |
| 8th Grade | 50 | 42 | 4 | 96 |
| Special Education | 3 | 5 | 0 | 8 |
| **Total** | **162** | **145** | **13** | **320** |

E. The number of students, by grade and race, enrolled in Monticello Elementary School are listed below.

| Grade | Black | White | Other | Total |
|---|---|---|---|---|
| Kindergarten | 24 | 33 | 3 | 60 |
| 1st Grade | 37 | 33 | 3 | 73 |
| 2nd Grade | 30 | 29 | 6 | 65 |
| 3rd Grade | 34 | 29 | 4 | 67 |
| 4th Grade | 32 | 40 | 4 | 76 |
| Special Education | 0 | 2 | 0 | 2 |
| **Total** | **157** | **166** | **20** | **343** |

F. The number of students, by grade and race, enrolled in Lawrence County High School and Lawrence County Technical and Career Center are listed below.

| Grade | Black | White | Other | Total |
|---|---|---|---|---|
| 9th Grade | 67 | 70 | 6 | 143 |
| 10th Grade | 49 | 79 | 9 | 137 |
| 11th Grade | 55 | 72 | 3 | 130 |
| 12th Grade | 53 | 74 | 0 | 127 |
| Special Education | 7 | 3 | 0 | 10 |
| **Total** | **231** | **298** | **18** | **547** |

G. The number of students, by grade and race, enrolled in New Hebron Attendance Center are listed below.

| Grade | Black | White | Other | Total |
|---|---|---|---|---|
| Kindergarten | 15 | 15 | 2 | 32 |
| 1st Grade | 16 | 11 | 3 | 30 |
| 2nd Grade | 19 | 13 | 0 | 32 |
| 3rd Grade | 27 | 4 | 2 | 33 |
| 4th Grade | 15 | 20 | 1 | 36 |
| 5th Grade | 12 | 11 | 1 | 24 |
| 6th Grade | 18 | 11 | 1 | 30 |
| 7th Grade | 31 | 20 | 1 | 52 |
| 8th Grade | 24 | 14 | 3 | 41 |
| Special Education | 0 | 0 | 0 | 0 |
| Total | 177 | 119 | 14 | 310 |

H. The number of students, by grade and race, enrolled in Topeka Tilton Attendance Center are listed below.

| Grade | Black | White | Other | Total |
|---|---|---|---|---|
| Kindergarten | 3 | 32 | 1 | 36 |
| 1st Grade | 4 | 23 | 4 | 31 |
| 2nd Grade | 5 | 33 | 0 | 38 |
| 3rd Grade | 2 | 28 | 2 | 32 |
| 4th Grade | 4 | 25 | 3 | 32 |
| 5th Grade | 4 | 24 | 2 | 30 |
| 6th Grade | 4 | 35 | 2 | 41 |
| 7th Grade | 3 | 45 | 1 | 49 |
| 8th Grade | 7 | 36 | 5 | 48 |
| Total | 36 | 281 | 20 | 337 |

II. Certified Employees

A. The number of full-time certified employees by race in the Lawrence County School District.

| Race | Certified Employees | Percent of Total |
|---|---|---|
| Black | 54 | 31% |
| White | 116 | 67% |
| Hispanic | 1 | ∠ 1% |
| Asian | 0 | 0% |
| Native American | 1 | ∠ 1% |
| Total | 172 | 100% |

B. The number of full-time certified teachers, by race, at each school:

| School | Black | % | White | % | Other | % | Total |
|---|---|---|---|---|---|---|---|
| Rod Paige Middle School | 14 | 47% | 15 | 50% | 1 | 3% | 30 |
| Monticello Elementary School | 7 | 21% | 27 | 79% | 0 | 0% | 34 |
| Lawrence County High School + Lawrence County Technical and Career Center | 14 | 28% | 35 | 70% | 1 | 2% | 50 |
| New Hebron Attendance Center | 6 | 21% | 23 | 79% | 0 | 0% | 29 |
| Topeka Tilton Attendance Center | 4 | 14% | 25 | 86% | 0 | 0% | 29 |
| Total | 45 | 26% | 125 | 73% | 2 | 1% | 172 |

C. The number of part-time certified teachers, by race, at each school:

| School | Black | White | Other | Total |
|---|---|---|---|---|
| Rod Paige Middle School | 0 | | 0 | 0 |
| Monticello Elementary School | 0 | 2 | 0 | 2 |
| Lawrence County High School + Lawrence County Technical and Career Center | 0 | 2 | 0 | 2 |
| New Hebron Attendance Center | 0 | 1 | 0 | 1 |
| Topeka Tilton Attendance Center | 0 | | 0 | 0 |
| Total | 0 | 5 | 0 | 5 |

*For Further explanation, see the attached Mississippi Student Information System Data.

## III. Majority to Minority Transfers

The District Continues to implement majority-to-minority (M to M) student transfers, whereby a student may elect to transfer from his or her assigned school in which his or her race is in the minority. There was a request for two transfers by race under the majority to the minority transfer provision which was a part of the Court's Order of November 7, 1969.

**M to M transfers for 2020-2021:**
From Topeka Tilton Attendance Center to Rod Paige Middle School: 2

## IV. Board Approved Inter-district Transfers

## Approved Out of District Transfers for Students Transferring Out of Lawrence County School District

| Assigned School District | Approved Out of District Transfers | Black | White | Other | Total |
|---|---|---|---|---|---|
| Lawrence County School District | Brookhaven School District | 0 | 3 | 0 | 3 |
| Lawrence County School District | Marion County School District | 0 | 2 | 0 | 2 |
| Lawrence County School District | Columbia School District | 0 | 1 | 0 | 1 |
| Lawrence County School District | Madison County School District | 0 | 1 | 0 | 1 |
| Lawrence County School District | North Pike School District | 0 | 1 | 0 | 1 |
| Total | | 0 | 8 | 0 | 8 |

## Approved Out of District Transfers for Students Transferring into Lawrence County School District

| Assigned School District | Approved Out of District Transfers | Black | White | Other | Total |
|---|---|---|---|---|---|
| Jefferson Davis County School District | Lawrence County School District | 6 | 1 | 0 | 7 |
| McComb School District | Lawrence County School District | 0 | 2 | 0 | 2 |
| Lincoln County School District | Lawrence County School District | 0 | 2 | 0 | 2 |
| Walthall County School District | Lawrence County School District | 3 | 1 | 0 | 4 |
| North Pike School District | Lawrence County School District | 0 | 1 | 0 | 1 |
| Franklin County School District | Lawrence County School District | 0 | 1 | 0 | 1 |
| Total | | 9 | 8 | 0 | 17 |

## Approved Out of District Transfers for Students Transferring into Lawrence County School District

| Assigned School District | MES | RPMS | LCHS | NHAC | TTAC | Total |
|---|---|---|---|---|---|---|
| Jefferson Davis County School District | 1 Black | | 1 Black | 4 Black; 1 White | | 7 |
| McComb School District | | | | | 2 White | 2 |
| Lincoln County School District | | | 1 White | | 1 White | 2 |

| Walthall County School District | 1 Black | 1 Black | 1 White; 1 Black | | | 4 |
|---|---|---|---|---|---|---|
| North Pike School District | | | | | 1 White | 1 |
| Franklin County School District | | | 1 White | | | 1 |
| | | | | | | 17 |

### Inter-district Transfers of School District Employees

From Jefferson Davis County School District: 7
From Lincoln County School District: 2
From North Pike County School District: 1
From Franklin County School District: 1
From Walthall County School District: 4
From McComb School District: 2
To Columbia School District: 1
To Madison School District: 1
To North Pike School District: 2

### Board Approved Inter-district Transfers

To Brookhaven School District: 3
To Columbia School District: 1
To Marion County School District: 2

## V. Intra-district Student Transfers

### Board Approved Intra-district Transfers

From New Hebron Attendance Center to Monticello Elementary School: 3
From New Hebron Attendance Center to Rod Paige Middle School: 2
From New Hebron Attendance Center to Topeka Tilton Attendance Center: 0
From Rod Paige Middle School to New Hebron Attendance Center: 3
From Rod Paige Middle School to Topeka Tilton Attendance Center: 4
From Monticello Elementary School to New Hebron Attendance Center: 1
From Monticello Elementary School to Topeka Tilton Attendance Center: 2
From Topeka Tilton Attendance Center to Monticello Elementary: 3
From Topeka Tilton Attendance Center to Rod Paige Middle School: 2

## VI. Transportation:

Our transportation system is desegregated.

## VII. Facilities and Construction:

There are no current plans for construction of new facilities in Lawrence County School District.

## VIII. School Property

Lawrence County School District has sold a school facility having the total value of more than $500.00 since this Court's Order of November 7, 1969. Also, used and unusable equipment, supplies, and school buses which have been sold by Order of the School Board.

## IX. Bi-Racial Advisory Committee

There is an establishment Bi-Racial Advisory Committee. Meeting dates are established by the Bi-Racial Committee Members.

## X. Recruiting and Hiring

The procedures are attached.

# RECRUITMENT AND HIRING

## A. Recruitment of Black Teachers and Administrators

Our Personnel Department works closely with the Superintendent in regards to recruiting minority teachers. Traditionally, a district representative attends college recruitment fairs at Mississippi colleges and universities. Due to COVID-19, the Personnel Department was unable to attend recruitment fairs at colleges and universities in 2020.

## B. Retention

1. Provides a mentor program and support network for all teachers.
2. Schedules Teacher/Mentor meetings throughout the year for all teachers that have worked in the district less than five years.

## C. Personnel Requisitions

1. Personnel requisitions must be completed to fill Lawrence County School District positions. Requisitions must be initiated by the department/school site, submitted to the Office of Personnel, and approved by the Superintendent of Education.\

2. Personnel Requisitions should indicate the following:
   - Position Title
   - Hours per Day
   - Hourly Rate of Pay
   - Location/Department
   - Related Work Experience Required
   - Exempt or Nonexempt Status of the Position.
   - Reason for the Opening.
   - Essential Job Functions and Qualifications (or a current job description may be attached).
   - Special Recruitment Advertising Instructions.

3. Upon receiving notice of a certified vacancy, notice of the vacancy is sent to the co-chairman of the Bi-Racial Committee.

## D. Advertisement of Vacancies

1. The Office of Personnel will create job postings that describe the vacancy. All job openings will be concurrently advertised in the Lawrence County Press, Daily Leader, Prentiss Highlight, Columbian-Progress, and Frontline Recruiting and Hiring. Jobs will remain posted until the position is filled.

E. **Hiring System**

Lawrence County School District is currently using Frontline Recruiting and Hiring for applicants to submit applications for any vacancy within the school district.

F. **Applicant Pool**

Applicants can submit an online application for areas of interest. When a position becomes available in a chosen specific area of interest, the Frontline Recruiting and Hiring system will associate the applicant's interests and the job posting. The system will submit the applicant's online application into the specific position's job pool.

G. **Procedures**

1. The Recruitment and Hiring procedures are attached.

## Screening and Selection Process for Employment
## Lawrence County School District
### Office of Personnel
346 Thomas E. Jolly Drive
Monticello, MS 39654
Phone: (601) 587-2506
Fax: (601) 587-2221

**Step I-Place Application on File**

1. New and current applicants must complete an online application for employment.

    a. Transcript(s), certificates, Mississippi Educator License, or test scores must be uploaded to the applicant's Frontline profile.

    b. Verification of former Employment form must be completed.

    c. Reference survey must be completed online

2. Former employees must complete the same process of employment as is required by all other candidates. However, their permanent files are still on record in the Office of Personnel.

3. Incomplete applications will be kept on file for a period of one year and will not be considered for a personnel screening.

**Step II-Screening and Interview**

1. After all documents in Step I are on file, an initial screening of applicants will be conducted prior to an interview. The screening decision is based on the online application and uploaded documents.

2. A qualified applicant will be notified when to report for an interview. Eligible candidates who are not recommended for hire will continue to be active for one year.

3. The Office of Personnel will conduct professional reference checks and employment verification on qualified candidates. A minimum of three professional references are required from each candidate.

4. After a recommendation of a qualified candidate has been decided an offer will be made contingent on the satisfactory completion of required background checks.

## Step III-Background Check

1. The applicant must complete a background check at the Lawrence County School District Central Office. Important documents to bring to a scheduled background check are:

    a. Social Security Card

    b. Identification Card

2. The applicant must complete a Mississippi Child Abuse Registry Background Check. The Office of Personnel will provide instructions.

## Step IV-Recommendation to the Lawrence County School Board

1. The recommendation for a qualified applicant will be signed by the head of the department/school site, personnel director, and superintendent.

2. The completed recommendation for a qualified applicant will be submitted to the Lawrence County School Board for approval or denial.

3. Once the Lawrence County School Board approves or denies the recommendation, the applicant is notified of the decision.

4. If the applicant is approved, a contract of employment will be issued. The applicant will be directed to the Payroll department to complete required documentation.

**An Equal Opportunity Employer**

| LAWRENCE COUNTY SCHOOL DISTRICT MONTH 1 ENROLLMENT | | | | | | |
|---|---|---|---|---|---|---|
| Reporting Month Aug./Sept. 2020 | | | | | | |
| GRADE | RP | MES | LCHS | NH | TT | TOTAL |
| K |  | 60 |  | 32 | 36 | 128 |
| 1 |  | 73 |  | 30 | 31 | 134 |
| 2 |  | 65 |  | 32 | 38 | 135 |
| 3 |  | 67 |  | 33 | 32 | 132 |
| 4 |  | 76 |  | 36 | 32 | 144 |
| 5 | 68 |  |  | 24 | 30 | 122 |
| 6 | 76 |  |  | 30 | 41 | 147 |
| 7 | 72 |  |  | 52 | 49 | 173 |
| 8 | 96 |  |  | 41 | 48 | 185 |
| 9 |  |  | 143 |  |  | 143 |
| 10 |  |  | 137 |  |  | 137 |
| 11 |  |  | 130 |  |  | 130 |
| 12 |  |  | 127 |  |  | 127 |
| 56 | 7 | 2 |  |  |  | 9 |
| DD 54 |  |  |  |  |  | 0 |
| 58 | 1 |  | 10 |  |  | 11 |
| 78 |  |  |  |  |  | 0 |
| TOTAL | 320 | 343 | 547 | 310 | 337 | 1857 |
| Previous | 361 | 394 | 546 | 345 | 386 | 2032 |
| CHANGE | (41) | (51) | 1 | (35) | (49) | (175) |
| ADA | 90.69 | 85.41 | 96.13 | 95.71 | 99.49 | 93.75 |

Mississippi Student Information System

Report       : Net Membership by
               Race/Gender
Run by       : ALEXANDERC
Report Date: October 7, 2020 1:18 PM

MSIS

Net Membership by Race/Gender
Reporting Month - September 2020-2021

October 7, 2020
Wednesday, 01:18 PM

Page 1 of 6

3900-LAWRENCE CO SCHOOL DIST    004-ROD PAIGE MIDDLE SCHOOL

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05 | 21 | 17 | 38 | 17 | 11 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 68 |
| 06 | 18 | 20 | 38 | 13 | 20 | 33 | 1 | 1 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 2 | 2 | 76 |
| 07 | 14 | 19 | 33 | 17 | 20 | 37 | 0 | 1 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72 |
| 08 | 26 | 24 | 50 | 14 | 28 | 42 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 96 |
| 56 | 2 | 1 | 3 | 1 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 |
| 58 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Total: | 81 | 81 | 162 | 62 | 83 | 145 | 3 | 1 | 4 | 2 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 1 | 2 | 4 | 6 | 320 |

October 7, 2020
Wednesday, 01:18 PM

Net Membership by Race/Gender
Reporting Month -- September 2020-2021

MSIS
Page 2 of 6

3900-LAWRENCE CO SCHOOL DIST     008-MONTICELLO ELEMENTARY SCHOOL

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 17 | 20 | 37 | 19 | 14 | 33 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 73 |
| 02 | 15 | 15 | 30 | 15 | 14 | 29 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 65 |
| 03 | 21 | 13 | 34 | 10 | 19 | 29 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 67 |
| 04 | 9 | 23 | 32 | 21 | 19 | 40 | 2 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 76 |
| 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 54 |
| 56 | 0 | 0 | 0 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| 64 | 12 | 12 | 24 | 11 | 22 | 33 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60 |
| Total: | 74 | 83 | 157 | 77 | 89 | 166 | 7 | 6 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 4 | 2 | 6 | 343 |

October 7, 2020
Wednesday, 01:18 PM

Net Membership by Race/Gender
Reporting Month -- September 2020-2021

MSIS
Page 3 of 6

3900-LAWRENCE CO SCHOOL DIST   012-LAWRENCE COUNTY HIGH SCHOOL

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09 | 31 | 36 | 67 | 33 | 37 | 70 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 2 | 5 | 143 |
| 10 | 27 | 22 | 49 | 37 | 42 | 79 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 5 | 137 |
| 11 | 23 | 32 | 55 | 37 | 35 | 72 | 2 | 0 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 130 |
| 12 | 25 | 28 | 53 | 36 | 38 | 74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 127 |
| 58 | 6 | 1 | 7 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10 |
| 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 112 | 119 | 231 | 144 | 154 | 298 | 4 | 3 | 7 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 5 | 10 | 547 |

October 7, 2020
Wednesday, 01:18 PM

Net Membership by Race/Gender
Reporting Month - September 2020-2021

MSIS
Page 4 of 6

3900-LAWRENCE CO SCHOOL DIST    016-NEW HEBRON ATTENDANCE CENTER

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 6 | 10 | 16 | 5 | 6 | 11 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 30 |
| 02 | 9 | 10 | 19 | 8 | 5 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 |
| 03 | 14 | 13 | 27 | 3 | 1 | 4 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 33 |
| 04 | 10 | 5 | 15 | 8 | 12 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 36 |
| 05 | 9 | 3 | 12 | 7 | 4 | 11 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 24 |
| 06 | 11 | 7 | 18 | 6 | 5 | 11 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 |
| 07 | 15 | 16 | 31 | 12 | 8 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 52 |
| 08 | 13 | 11 | 24 | 5 | 9 | 14 | 1 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 41 |
| 56 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 64 | 8 | 7 | 15 | 7 | 8 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 32 |

Total: 95 82 177 61 58 119 2 4 6 0 1 1 0 0 0 0 0 0 5 2 7 310

October 7, 2020
Wednesday, 01:18 PM

Net Membership by Race/Gender
Reporting Month - September 2020-2021

MSIS
Page 5 of 6

3900-LAWRENCE CO SCHOOL DIST                         024-TOPEKA TILTON ATTENDANCE CENTER

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 2 | 2 | 4 | 13 | 10 | 23 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 31 |
| 02 | 3 | 2 | 5 | 13 | 20 | 33 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 38 |
| 03 | 2 | 0 | 2 | 16 | 12 | 28 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 32 |
| 04 | 3 | 1 | 4 | 11 | 14 | 25 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 2 | 32 |
| 05 | 2 | 2 | 4 | 13 | 11 | 24 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 30 |
| 06 | 2 | 2 | 4 | 15 | 20 | 35 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 41 |
| 07 | 2 | 1 | 3 | 28 | 17 | 45 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 49 |
| 08 | 3 | 4 | 7 | 19 | 17 | 36 | 1 | 1 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 | 48 |
| 64 | 2 | 1 | 3 | 16 | 16 | 32 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 36 |
| Total: | 21 | 15 | 36 | 144 | 137 | 281 | 4 | 3 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 6 | 13 | 337 |

October 7, 2020
Wednesday, 01:18 PM

Net Membership by Race/Gender
Reporting Month - September 2020-2021

MSIS
Page 6 of 6

3900-LAWRENCE CO SCHOOL DIST

| Grade | Black M | Black F | Black Total | White M | White F | White Total | Hispanic M | Hispanic F | Hispanic Total | Asian M | Asian F | Asian Total | Native-American M | Native-American F | Native-American Total | Pacific Islander M | Pacific Islander F | Pacific Islander Total | Two or More M | Two or More F | Two or More Total | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | 25 | 32 | 57 | 37 | 30 | 67 | 3 | 2 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 4 | 134 |
| 02 | 27 | 27 | 54 | 36 | 39 | 75 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 135 |
| 03 | 37 | 26 | 63 | 29 | 32 | 61 | 0 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 1 | 3 | 132 |
| 04 | 22 | 29 | 51 | 40 | 45 | 85 | 3 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | 1 | 5 | 144 |
| 05 | 32 | 22 | 54 | 37 | 26 | 63 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 122 |
| 06 | 31 | 29 | 60 | 34 | 45 | 79 | 1 | 2 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 147 |
| 07 | 31 | 36 | 67 | 57 | 45 | 102 | 0 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 3 | 4 | 173 |
| 08 | 42 | 39 | 81 | 38 | 54 | 92 | 4 | 1 | 5 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 185 |
| 09 | 31 | 36 | 67 | 33 | 37 | 70 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 3 | 6 | 143 |
| 10 | 27 | 22 | 49 | 37 | 42 | 79 | 2 | 2 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 5 | 137 |
| 11 | 23 | 32 | 55 | 37 | 35 | 72 | 2 | 0 | 2 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 3 | 5 | 130 |
| 12 | 25 | 28 | 53 | 36 | 38 | 74 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 127 |
| 54 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 56 | 2 | 1 | 3 | 2 | 4 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 9 |
| 58 | 6 | 1 | 7 | 1 | 3 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 11 |
| 64 | 22 | 20 | 42 | 34 | 46 | 80 | 2 | 1 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 3 | 128 |
| 78 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total: | 383 | 380 | 763 | 488 | 521 | 1009 | 20 | 17 | 37 | 2 | 2 | 4 | 0 | 0 | 0 | 1 | 1 | 2 | 23 | 19 | 42 | 1857 |

STATE SUMMARY

* End of Report *