IN THE UNITED STATES DISTICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| SHEANDA BRYANT, ET. AL. | PLAINTIFF-INTERVENORS |
| VS. | CIVIL ACTION NO. 2: 67-CV-02216-UNA |
| LAWRENCE COUNTY SCHOOL DISTRICT | DEFENDANT |

## VERIFICATION

The undersigned, being duly sworn, states as follows: My name is Dr. Titus Hines, Ed.D, Superintendent. I am an adult resident citizen of the State of Mississippi, over the age of 21 years, of sound mind and suffering under no legal disability. As Superintendent of the Lawrence County, Mississippi School District, I have been involved in and have personal knowledge of the information within the Annual Report of the Defendant. The therein facts are true and correct according to the best of my current information, knowledge and belief, after diligent inquiry and investigation.

This, the 15th day of October, 2020.

_____
Dr. Titus Hines, Ed.D., Superintendent of
Education Lawrence County School District
Lawrence County, Mississippi


EXHIBIT B

1

STATE OF MISSISSIPPI
COUNTY OF Lawrence

Personally, appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named **Dr. Titus Hines**, who being by me first duly sworn and averred on oath that the matters and things set out in the above and foregoing Verification are true and correct as therein stated.

Sworn and subscribed before me, this, the 15 day of October, 2020.

*Erica Peyton-Wa*
NOTARY PUBLIC

My Commission Expires:

October 16, 2023