Lawrence County Branch NAACP
Rev. Eugene Bryant, Branch Chairman
Rev. Amos Bridges, Chairman, Education Committee
P.O. Box _____
Monticello, MS 39654

Lawrence County Board of Education
P.O. Box *1638*
Monticello, MS 39654

Mr. Wesley Bridges, Chairman:

We previously engaged conversation with the board attorney, Jerrad Evans in an effort to resolve some of the issues that the Lawrence County School system is facing. It was our request that a meeting be set up with the LCSD School Board; and it was our hope that said verbal request would be honored and the board would be informed. We were given a date and time for meeting, yet with many changes and much delay; and it is our current understanding that the LCSD board was not informed. We have finally come the understanding that plans had been made to include only district administrators.

We do not feel that a meeting with just the district administrators would be productive because the board would not be there to answer the questions that we have. It was and remains our desire to discuss with the school board in more detail the consolidation plan as well as propose a plan our own. This plan is for a school building project to be located on the current Rod Paige Middle School site. The plan that we have for proposal could be used in the future to further integrate the Lawrence County School System and eventually bring all K-8 grades to the center of the county. Moving and consolidating the school at Monticello could eliminate the racial disparities that currently exist in the outlying New Hebron and Topeka schools.

Our plan contains a minimum of 25 classrooms, fully inclusive office space for all related services, including nurse, gifted and intervention/speech pathology spaces, 2 large teacher work spaces, 2 sets of boy and girl restroom facilities, full cafeteria and large open/enclosed space fit for a band hall. This building totals 36,875 square feet. At a rate of $250-$300 dollars per square foot (Mississippi cost range), the total cost would range only from $9.5 Million to $11.5 Million. When compared to the projected cost and proposal for the Elementary retrofit project to add 12 basic rectangular classroom spaces, the cost of our proposed project comes at a range of $100-$200 per square foot less.

Please see attached school building plan and room markings.

Exhibit "I"

000087

In addition to the building proposal, we have several other issues to speak with the board about: the biracial committee, among other community concerns. It is our desire to meet with the entire board and with the district administrative staff to discuss and to determine a resolution in the best interest of the school children, as well as the tax paying public.

Please respond with an independently scheduled meeting date and time and method. Face-to-face is preferred.

Cordially,

*Eugene Bryant*
Rev. Eugene Bryant, Lawrence Co. NAACP

*Amos Bridges*
Rev. Amos Bridges, Education Committee Chair



PRELIMINARY FLOOR PLAN

000089

Jeffrey Ward <jward@ramtechgroup.com>
Mon 8/16/2021 4:17 PM

To: Gwendolyn Alexander <Gwendolyn.Alexander@lawcosd.org>

📎 2 attachments (580 KB)
Ramtech Building Systems APPROVED PLAN August 13.pdf; Education - Arlington Classics Academy SOG.PDF;

Ms. Alexander,

Thank you for your continued interest in Ramtech Building Systems. As we have discussed, the basis for design for your building is a project we completed for a Charter school here in Texas. The footprint is 36,876 square feet. The exterior is clad with three different masonry materials. The estimated cost per square foot for a project like this is $250-$300 per square foot.

36,876 SF Slab on Grade School - $9,219,000 - $11,062,800

We appreciate the opportunity to present our capabilities to the board should they so desire.

Thanks,

---

**Jeff Ward | Sales Manager | Ramtech Building Systems, Inc.**
O: 817-473-9376 x138 | C: 469-556-0194 | E: jward@ramtechgroup.com
1400 US Hwy 287 South | Mansfield, TX 76063

www.ramtechmodular.com



From: Jeffrey Ward
Sent: Thursday, July 1, 2021 1:13 PM
To: 'gwendolyn.alexander@lawcosd.org' <gwendolyn.alexander@lawcosd.org>
Subject: Ramtech Slab on Grade Modular

Gwendolyn,

Please see the attached and see if this provides for a starting point. I look forward to hearing back from you.

---

**Jeff Ward | Sales Manager | Ramtech Building Systems, Inc.**
O: 817-473-9376 x138 | C: 469-556-0194 | E: jward@ramtechgroup.com
1400 US Hwy 287 South | Mansfield, TX 76063

www.ramtechmodular.com