# Lawrence County School District Scope / Project Estimate – option III.




JBHM Architecture

000023

# Lawrence County School District Scope / Project Estimate – option III.



JBHM Architecture

000024

**Lawrence County School District Scope / Project Estimate – option III.**





JBHM Architecture

000025

## Lawrence County School District Scope / Project Estimate – option IV.

A. Reduce renovation scope of Rod Paige based on Owner priorities and final budget.

- Cost Estimate : $6M – $8M

B. Abandon Rod Paige

- Cost Estimate: $5M + support area costs

1. Move Rod Paige 5th & 6th Grade to Monticello Elementary and provide eleven (11) classroom / restroom additions.

2. Move Rod Paige 7th & 8th Grade to either or bother New Hebron and Topeka K-8; provide ten (10) classroom / restroom additions.

3. Cost to increase Support Area, if needed, is not included in estimate.



JBHM Architecture

000026

## Lawrence County School District Scope / Project Estimate – option IVB.




000027

## Lawrence County School District Scope / Project Estimate – option V.

V. Provide classroom addition and convert Monticello to a K-6; provide renovation / addition to Rod Paige for 7th – 8th Grade (200 students)

- Cost Estimate: $16.5M – $17M





JBHM Architecture

000028

## Lawrence County School District Scope / Project Estimate – option V.




JBHM Architecture

000029

Project Cost Estimate: *Option I-V Summary*

## LAWRENCE COUNTY SCHOOL DISTRICT
## SCOPE / PROJECT ESTIMATE
### April 9, 2020 / Revised April 15, 2020

**Rod Paige**

| | | |
|---|---|---|
| I. | Renovate Rod Paige existing campus based on Owner's priorities including demolition and replacement of classroom wing. | $16M - $17M |
| II. | Replace Rod Paige with a new 5-8 Grade facility to support 400 students | $20M - $21M |
| III. | Abandon Rod Paige and convert Monticello K-4 to a K-8 with a major addition including administration, classrooms, library, gymnasium, and support. | $17M - $18M |
| IV. | $6M - 8M Budget | |
| A. | Reduce renovation scope of Rod Paige based on Owner priorities and final budget. | $6M - $8M |
| B. | Abandon Rod Paige | $5M |
| | 1). Move Rod Paige 5 & 6 Grade to Monticello Elementary and provide eleven (11) classroom / restroom addition. | |
| | 2). Move Rod Paige 7 & 8 Grade to either or both New Hebron and Topeka K-8; provide ten (10) classroom / restroom addition. | |
| | 3). Cost to increase Support Area, if needed, is not included in estimate. | |
| V. | Provide classroom addition and convert Monticello to a K-6; provide renovation / addition to Rod Paige for 7th-8th Grade (200 students) | $16.5M - $17M |



JBHM Architecture

000030

Project Cost Estimate: *Option VI*

## LAWRENCE COUNTY SCHOOL DISTRICT
## SCOPE / PROJECT ESTIMATE
### $2.5M Budget
May 14, 2020

### Project Estimate / Scope

I. Move 5th & 6th Grade to Monticello and build new classrooms — $ 2,200,000
Minor renovations to Rod Paige as affordable — $ 300,000

Total $ 2,500,000

*NOTE: This would mean leaving the worst of the classrooms at Rod Paige "abandon / empty" which could be an issue. The $300,000 mentioned above may be better to demolish portions of Rod Paige. Additionally, this leaves 7th & 8th Grade at Rod Paige of about 170-200 students, which does not seem practical.*

II. Renovate Rod Paige
assuming $2.5M is a project cost:
Construction — $ 2,200,000
Soft Cost, etc. (15%) — $ 330,000

Subtotal $ 2,530,000

Renovations:
A. $2,200,000 / 60,135 sf. (total campus) = $36.58 per sf.
B. $2,200,000 / 32,009 sf. (classroom building #2 & gymnasium) = $68.73 per sf.
C. $2,200,000 / 21,369 sf. (classroom building #2 only) = $102.95 per sf.



JBHM Architecture

000031

*Work Session Discussion*



JBHM
Architecture

000032




000033





## LAWRENCE COUNTY SCHOOL DISTRICT
## PRELIMINARY PROGRAM / CONSTRUCTION ESTIMATE
### 5th - 6th Grade to Monticello
### 7th - 8th at Rod Paige
### DRAFT
### April 15, 2020

| FUNCTION | QUANTITY | SIZE | SUBTOTAL | |
|---|---|---|---|---|
| **I. MONTICELLO ADDITION (200 students)** | | | | |
| Eleven (11) Classrooms with Restrooms | 11,000 | $200 /SF | | $2,200,000 |
| Subtotal | | | | $2,200,000 |
| **II. RENOVATE / ADDITION ROD PAIGE (200 students)** | | | | |
| A. Demolition - Computer / Library / Shop / Classroom Bldg. 1 / Band ($2/sf. Asbestos Allowance) | 19,000 | $12 /SF | | $228,000 |
| B. Renovate - | | | | |
| Library Building (Band / Art) | 4,650 | $150 /SF | | $697,500 |
| Classroom Bldg. 2 (18 classrooms) | 21,400 | $150 /SF | | $3,210,000 |
| Cafeteria (kitchen equipment to remain) | 5,000 | $50 /SF | | $250,000 |
| Gymnasium | 10,640 | $150 /SF | | $1,596,000 |
| Subtotal | | | | $5,981,500 |
| C. Addition - | | | | |
| Computer Labs | 2 | 1200 | 2,400 | |
| Student Toilets | 4 | 500 | 2,000 | |
| Commons | 1 | 2000 | 2,000 | |
| Subtotal Classrooms | | | | 6,400 |
| Media Center | | | 3,000 | |
| Administration | | | 3,000 | |
| Counselor Suite | | | 1,200 | |
| Teacher Workroom | 1 | 600 | 600 | |
| Gymnasium / Locker Rooms / Support | | | 6,000 | |
| Subtotal - Other | | | | 13,800 |
| | | SF Subtotal | | 20,200 |
| Circulation/Walls (30%) (of II, C.) | | | | 6,060 |
| | | SF Total | | 26,260 |
| **SF Cost** | | | | |
| Base Facility | 26,260 | $200 /SF | | $5,252,000 |
| Subtotal | | | | $5,252,000 |
| Site Improvements (Allowance) | | Lump Sum | | $1,000,000 |
| Subtotal | | | | $5,252,000 |
| **III. PROJECT ESTIMATE** | | | | |
| A. Total Construction | | | | $14,433,500 |
| B. Furniture (Allowance) | | | | $400,000 |
| C. Subtotal | | | | $14,833,500 |
| D. Soft Cost (10%) | | | | $1,483,350 |
| E. Subtotal | | | | $16,316,850 |
| F. **Project Estimate** | | | | **$16,500,000 - $17,000,000** |



JBHM Architecture

000035