# Building 7-8 – Existing Conditions






JBHM
Architecture

000011

## Building 7-8 – Existing Conditions






JBHM
Architecture

000012

## Building 7-8 – Existing Conditions







JBHM
Architecture

000013

## Building 7-8 – Existing Conditions






JBHM Architecture

000014

## Building 7-8 – Existing Conditions







JBHM
Architecture

000015

## Building 7-8 – Existing Conditions





JBHM
Architecture

000016

**Lawrence County School District Scope / Project Estimate – option I.**

I. Renovate/upgrade Rod Paige existing campus to current educational standards and building codes / ADA.
   - Demolish and replace grades 5-6 classroom wing.
     - This option will take a longer amount of time – providing trailers for grades 5-6 while utilizing the grades 7-8 spaces as is.
   - Move grades 7-8 to trailers and renovate/build a connector/media center/security connection to cafeteria.
   - Estimated Cost: $16M - $17M

JBHM Architecture

000017




000018

## Lawrence County School District Scope / Project Estimate – option II.

II. Replace Rod Paige with a new 5th – 8th grade facility to support 400 students

- Cost Estimate: $20M - $21M





JBHM Architecture

000019





JBHM
Architecture

000020




## Lawrence County School District Scope / Project Estimate – option III.



III. Abandon Rod Paige and convert Monticello K-4 to a K-8 with a major addition including administration, classrooms, library, gymnasium, and support.

- Cost Estimate: $17M - $18M



JBHM
Architecture

000022