UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Civil Action No. 2:67-CV-2216-HSO-RHWR |
| SHEANDA BRYANT, *et al.* | ) |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| LAWRENCE COUNTY SCHOOL DISTRICT, *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE OF AJAY P. SAINI
ON BEHALF OF PLAINTIFF UNITED STATES OF AMERICA**

Pursuant to L.R. 83.1(d)(10), Plaintiff United States of America ("United States") respectfully requests that the Court enter the appearance of Ajay P. Saini as co-counsel of record for the United States in the above-captioned action. The undersigned (i) is an active member in good standing of the Bar of the State of New York (2013); (ii) is admitted to the U.S. District Court for the Southern District of New York (2018); (iii) is admitted to the U.S. District Court for the Eastern District of New York (2017); (iv) was, in accordance with L.R. 83.1(d)(10), formally introduced to the Court on October 28, 2021 in a letter from Angela Williams, Chief of the Civil Division in the United States Attorney's Office for the Southern District of Mississippi, *See* Exhibit A; and (v) although not admitted to practice in the U.S. District Court for the Southern District of Mississippi, pursuant to L.R. 83.1(d)(10) is eligible to practice there as co-counsel for the United States.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, papers, and other materials relevant to this action should be served upon:

Ajay P. Saini
Trial Attorney
Educational Opportunities Section
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Ave., N.W. - 4 CON
Washington, DC 20530
Tele: (202) 598-1651
Ajay.Saini@usdoj.gov
crtedu.filings@usdoj.gov

Dated: November 1, 2021.

       FOR PLAINTIFF UNITED STATES OF AMERICA:

       KRISTEN CLARKE
       Assistant Attorney General
       Civil Rights Division

       SHAHEENA A. SIMONS
       Chief

       JONATHAN D. NEWTON
       Deputy Chief

       __/s/ *Ajay Saini*_____
       AJAY P. SAINI (NY #5183314)
       Educational Opportunities Section
       Civil Rights Division
       U.S. Department of Justice
       950 Pennsylvania Avenue, N.W. – 4CON
       Washington, D.C. 20530
       Telephone: (202) 598-1651
       Fax: (202) 514-8337

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this first day of November 2021, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, thereby providing service on all counsel of record.

    /s/ *Ajay Saini*
AJAY P. SAINI (NY #5183314)