# EXHIBIT A

# Saini, Ajay (CRT)

| | |
|---|---|
| **From:** | Yancey, Renee (USAMSS) |
| **Sent:** | Thursday, October 28, 2021 1:25 PM |
| **To:** | ozerden_chambers@mssd.uscourts.gov; walker_chambers@mssd.uscourts.gov |
| **Cc:** | Saini, Ajay (CRT); Paige, Mitzi (USAMSS); Beauchamp, Peter (CRT); Williams, Angela (USAMSS) |
| **Subject:** | U.S. v Lawrence County School District, et al.; 2:67-cv-2216-HSO-RHWR; Letter of Introduction |
| **Attachments:** | Letter of Introduction_Ajay Saini.docx |

Dear Judge Ozerden and Judge Walker:

Attached is a letter of introduction regarding the above-referenced case for Ajay Saini, Trial Attorney with the U.S. Department of Justice.

Please let us know if you have any questions in this matter.

Thank you.



**Reneé Yancey**
**Secretary to Chief, Civil Division**
**Supervisory Legal Assistant / Civil Division**
**United States Attorney's Office / SDMS**
**501 E. Court St., Suite 4.430, Jackson, MS  39201**
**Telephone:  601-973-2837**



United States Attorney
Southern District of Mississippi
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone:   (601) 973-2822
Facsimile:    (601) 965-4409
Email:           angela.williams3@usdoj.gov

Angela G. Williams
Assistant United States Attorney
Chief, Civil Division

November 1, 2021

**VIA E-MAIL**

The Honorable Sul Ozerden
United States District Judge
2012 15th Street, Suite 814
Gulfport, MS  39501

The Honorable Robert H. Walker
United States Magistrate Judge
2012 15th Street, Suite 870
Gulfport, MS  39501

Re:  **Attorney representing the United States of America**
*United States v Lawrence County School District, et al.*
**Civil Action No. 2:67-cv-2216-HSO-RHWR**

Dear Judge Ozerden and Judge Walker:

I am writing to introduce you to Ajay P. Saini, trial attorney with the United States Department of Justice.  Mr. Saini will serve as co-counsel for the United States of America in the above-referenced case, and his contact information is as follows:

Ajay Saini, Trial Attorney
U.S. Department of Justice
Civil Rights Division, Educational Opportunities Section
950 Pennsylvania Ave., N.W. – 4CON
Washington, DC 20530
(202) 598-1651
Ajay.Saini@usdoj.gov

As always, if the Court has a question or concern regarding this matter, please contact me at (601) 973-2822.

Sincerely,

DARREN J. LAMARCA
Acting United States Attorney

By:   */s/ Angela G. Williams*
ANGELA G. WILLIAMS
Assistant United States Attorney
Chief, Civil Division

cc:  Ajay P. Saini