UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff<br><br>SHEANDA BRYANT, et al.,<br><br>　　　　　Plaintiffs-Intervenors<br><br>　　　　v.<br><br>LAWRENCE COUNTY SCHOOL DISTRICT,<br><br>　　　　　Defendant | Civil Action No.<br>2:67-CV-2216-HSO-RHW |

**Order Granting Plaintiffs-Intervenors' Unopposed Motion
for a Rule 26(f) Conference and
to Continue the Date to Respond to the Defendant's Motion**

　　Upon consideration of Plaintiffs-Intervenors' Unopposed Motion to Order the Parties to Participate in a Rule 26(f) Conference and to Continue the Date to Respond to the Defendant's Motion, it is hereby ORDERED that the Motion for the Parties to Participate in a Rule 26(f) Conference is GRANTED.

　　The parties are directed to participate in a Rule 26(f) conference no later than December 6, 2021; submit a proposed case management order pursuant to Local Rules 16(c) and 26(f)(7) no later than twenty-one days from the last date for the Rule 26(f) conference; and participate in a Case Management Conference with Magistrate Judge Walker to be scheduled by Magistrate Judge Walker.

The Motion to Continue the Date to Respond to the Defendant's Motion to modify the desegregation decree, ECF 23, is also GRANTED. The deadline for Plaintiffs-Intervenors to respond is continued until after discovery is completed, the precise due date to be established by the Court in its Case Management Order.

SO ORDERED.

Date: November 15, 2021.          *s/ Halil Suleyman Ozerden*
                                  HALIL SULEYMAN OZERDEN
                                  UNITED STATES DISTRICT JUDGE


Presented by:

/s/ Shakti Belway
Shakti Belway, Esq.
MS Bar No. 109025
P.O. Box 2040
Santa Barbara, CA 93120
Email: shakti.belway@gmail.com
Counsel for Plaintiffs-Intervenors