# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN (HATTIESBURG) DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **SHEANDA BRYANT, ET. AL.** | **PLAINTIFF-INTERVENORS** |
| **VS.** | **CIVIL ACTION NO.: 2: 67-CV-02216** |
| **LAWRENCE COUNTY SCHOOL DISTRICT** | **DEFENDANT** |

## NOTICE OF DEFENDANT'S VOLUNTARY INITIAL DISCLOSURES

Please take notice that the Defendant, Lawrence County School District, on December 2, 2021, sent counsel(s) for the Plaintiff and Plaintiff-Intervenors, pursuant to local uniform Rule 26(a), a true and correct copy of the following:

- Defendant's Voluntary Initial Disclosures

Said Defendant's Voluntary Initial Disclosures were sent to the Plaintiff via email to the following emails on record:

Shakti.belway@gmail.com
shaktibelway@youthlaw.org
Ajay.saini@usdoj.gov
Peter.beauchamp@usdoj.gov

RESPECTFULLY SUBMITTED on this the 2nd day of DECEMBER, 2021.

**LAWRENCE COUNTY SCHOOL DISTRICT, DEFENDANT**

By: __/s/ JARED F. EVANS_____
         JARED F. EVANS

OF CO-COUNSEL FOR DEFENDANT

F. Gregory Malta, MS Bar No. 9743
Malta Law Firm, PLLC
Co-Counsel for Defendant

P.O. Box 912
Brookhaven, MS  39602
Telephone:  (601) 990-2999
Facsimile:  (601) 453-4884
Email:  gregmalta@gmaltalaw.com

Jared F. Evans, MS Bar No. 105809
Jared F Evans Law, PLLC
Co-Counsel for Defendant
P.O. Box 1636
Monticello, MS 39654
601-320-4606 (Phone)
601-300-2953 (Fax)
jaredfrankevans@jaredfevanslaw.com