## Emily Phillips

**From:** cmecfhelpdesk@mssd.uscourts.gov
**Sent:** Thursday, January 06, 2022 1:35 PM
**To:** Courtmail@mssd.uscourts.gov
**Subject:** Activity in Case 2:67-cv-02216-HSO-RHWR United States of America et al v. Lawrence County School District Amended Scheduling Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Southern District of Mississippi**

## Notice of Electronic Filing

The following transaction was entered on 1/6/2022 at 1:34 PM CST and filed on 1/6/2022
**Case Name:** United States of America et al v. Lawrence County School District
**Case Number:** 2:67-cv-02216-HSO-RHWR
**Filer:**
**WARNING: CASE CLOSED on 07/18/1973**
**Document Number:** No document attached

**Docket Text:**
TEXT ONLY SCHEDULING ORDER: The discovery deadline is June 1, 2022 regarding MOTION [23] to Modify Desegregation Plan and to Grant Expedited Consideration of Consolidation of Cited Schools by Lawrence County School District. The deadline for the Plaintiff-Intervenors to respond to Motion [23] will be August 1, 2022. NO FURTHER WRITTEN ORDER WILL ISSUE FROM THE COURT. Signed by Magistrate Judge Robert H Walker on 1/6/2022 (AB)


**2:67-cv-02216-HSO-RHWR Notice has been electronically mailed to:**

Ajay Paul Saini    ajay.saini@usdoj.gov

F. Gregory Malta    gregmalta@gmaltalaw.com, emily@gmaltalaw.com, shelley@gmaltalaw.com

Jared F. Evans    jaredfrankevans@jaredfevanslaw.com, jaredevans22@gmail.com

John Simeon Hooks    john.hooks@arlaw.com, dana.nickens@arlaw.com, jaime.dole@arlaw.com

Jonathan Damian Newton-Federal Gov    jonathan.newton@usdoj.gov



1

Peter W. Beauchamp-Federal Gov    peter.beauchamp@usdoj.gov

Shakti Belway    shakti.belway@gmail.com, rmagnuson@youthlaw.org, shakti.belway@aya.yale.edu

**2:67-cv-02216-HSO-RHWR Notice has been delivered by other means to:**