UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | |
| SHEANDA BRYANT, et al., | |
| Plaintiffs-Intervenors | Civil Action No. 2:67-CV-2216-HSO-RHW |
| v. | |
| LAWRENCE COUNTY SCHOOL DISTRICT, | |
| Defendant | |

## PLAINTIFFS-INTERVENORS' SUPPLEMENTAL DISCLOSURES

Plaintiffs-Intervenors, through their undersigned counsel, hereby make the following supplemental disclosures as required by Federal Rule of Civil Procedure 26(e). Plaintiffs-Intervenors reserve the right to supplement, modify or amend these disclosures based on facts ascertained by them in the course of discovery or pre-hearing preparation in this action.

1. **Individuals likely to have discoverable information**

| Person | Contact | Basis for Disclosure |
|---|---|---|
| Pastor Eugene Bryant | Contact through Plaintiffs-Intervenors' Counsel | Plaintiff-Intervenor |
| Reverend Amos Devon Bridges | Contact through Plaintiffs-Intervenors' Counsel | Plaintiff-Intervenor |
| Billy Showers | Contact through Plaintiffs-Intervenors' Counsel | Plaintiff-Intervenor |
| Louis Bridges | Contact through Plaintiffs-Intervenors' Counsel | Plaintiff-Intervenor |
| Calvin Abram | Contact through Plaintiffs-Intervenors' Counsel | Grandparent of students enrolled in the Lawrence County School District |
| Keswic Alexander | Contact through Plaintiffs-Intervenors' Counsel | Parent of students enrolled in the Lawrence County School |


EXHIBIT C

| | | |
|---|---|---|
| | | District, including a student enrolled at Rod Paige Middle School |
| Jennifer Showers | Contact through Plaintiffs-Intervenors' Counsel | Parent of student enrolled at Rod Paige Middle School |
| Gwendolyn Alexander | Gwendolyn.Alexander@lawcosd.org (last known email address) | Employee of Lawrence County School District who may have information regarding the District's proposed consolidation plan |
| Dr. Titus Hines | Lawrence County School District 346 Thomas E. Jolly Drive Monticello, MS 39654 (601) 587-2506 | Superintendent of Lawrence County School District, who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |
| Rusty Rutland | Lawrence County School District 346 Thomas E. Jolly Drive Monticello, MS 39654 (601) 587-2506 | Assistant Superintendent, Lawrence County School District, who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |
| Cassie Bridges | Lawrence County School District 346 Thomas E. Jolly Drive Monticello, MS 39654 (601) 587-2506 | Principal, Rod Paige Middle School, who has information regarding the condition of Rod Paige Middle School |
| Alicia Conerly | Lawrence County School District 346 Thomas E. Jolly Drive Monticello, MS 39654 (601) 587-2506 | Principal, Monticello Elementary School, who has information regarding the Monticello Elementary School site |
| Avery Johnson | Lawrence County School District 346 Thomas E. Jolly Drive Monticello, MS 39654 (601) 587-2506 | CFO, Lawrence County School District, who has information regarding the District's finances |
| Charles R. Prince | Prince CPA Firm, PLLC 1109 Laurel Drive Magee, MS 39111 | Financial Advisor, Lawrence County Board of Supervisors, |

| | | who has information regarding the District's finances |
|---|---|---|
| Thomas Sanford | Golden Triangle Planning and Development District, Inc. 106 Miley Drive Starkville, MS 39759 | GIS Manager/Senior Analyst, who has information regarding the District's maps and bus routes |
| Richard McNeel | JBHM ARCHITECTURE 308 East Pearl Street, STE. 300 Jackson, MS 39201 | Architect for District's proposed plan |
| Jim Young | The Young Law Group 317 E. Capitol Street, Ste. 500 Jackson, MS 39201 | Lawrence County School District's Bond Attorney, who has information about the bond capacity of Lawrence County |
| Jeffrey Martin | Address unknown | Former CFO, Lawrence County School District, who has information about the District's finances when he was CFO |
| Kevin Garrett | Address unknown | Former CFO, Lawrence County School District, who has information about the District's finances when he was CFO |
| Tammy Fairburn | Address unknown | Former Superintendent, Lawrence County School District, who has information about District buildings during her time as Superintendent |
| Dr. Wesley Bridges | Lawrence County School Board 346 Thomas E. Jolly Drive Monticello, MS 39654 (601) 587-250 | President, Lawrence County School Board (District 5), who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |
| Dr. Mark Herbert | Lawrence County School Board 346 Thomas E. Jolly Drive Monticello, MS 39654 (601) 587-250 | Vice-President, Lawrence County School Board (District 1), who has information regarding the condition of Rod Paige Middle School and the |

| | | |
|---|---|---|
| | | District's proposed plan to abandon it |
| Curtis Alexander | Lawrence County School Board<br>346 Thomas E. Jolly Drive<br>Monticello, MS 39654<br>(601) 587-250 | Secretary, Lawrence County School Board (District 1), who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |
| Daniel Stuckey | Lawrence County School Board<br>346 Thomas E. Jolly Drive<br>Monticello, MS 39654<br>(601) 587-250 | Member, Lawrence County School Board, who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |
| Mildred Harvey | Lawrence County School Board<br>346 Thomas E. Jolly Drive<br>Monticello, MS 39654<br>(601) 587-250 | Member, Lawrence County School Board, who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |
| Ira Davis | Lawrence County School District Bi-Racial Committee<br>346 Thomas E. Jolly Drive<br>Monticello, MS 39654<br>(601) 587-2506 | Former co-chairman, Bi-Racial Committee (District 2), who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |
| Lesa Lewis | Lawrence County School District Bi-Racial Committee<br>346 Thomas E. Jolly Drive<br>Monticello, MS 39654<br>(601) 587-2506 | Secretary, Lawrence County School District Bi-Racial Committee (District 3), who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |
| Virginia McDuffey | Lawrence County School District Bi-Racial Committee<br>346 Thomas E. Jolly Drive<br>Monticello, MS 39654<br>(601) 587-2506 | Member, Lawrence County School District Bi-Racial Committee (District 4), who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |

| | | |
|---|---|---|
| Becky Newsome | Lawrence County School District Bi-Racial Committee 346 Thomas E. Jolly Drive Monticello, MS 39654 (601) 587-2506 | Member, Lawrence County School District Bi-Racial Committee (District 1), who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |
| VonShay Ward | Lawrence County School District Bi-Racial Committee 346 Thomas E. Jolly Drive Monticello, MS 39654 (601) 587-2506 | Member, Lawrence County School District Bi-Racial Committee (District 5), who has information regarding the condition of Rod Paige Middle School and the District's proposed plan to abandon it |

**2. Descriptions of Documents**

Plaintiffs-Intervenors incorporate by reference all documents and materials produced in Defendant's December 2, 2021 initial disclosures. Plaintiffs-Intervenors are conducting an ongoing investigation into any additional documents, electronically stored information, and tangible things that Plaintiffs-Intervenors may use to support their claims.

RESPECTFULLY SUBMITTED on February 22, 2022.

/s/ Shakti Belway
Shakti Belway, Esq.
MS Bar No. 109025
P.O. Box 2040
Santa Barbara, CA 93120
Email: sbelway@youthlaw.org

## CERTIFICATE OF SERVICE

I, SHAKTI BELWAY, do hereby certify that on February 22, 2022, I transmitted by electronic mail a true and correct copy of the foregoing Plaintiffs-Intervenors' Supplemental Disclosures, to the following:

F. Gregory Malta
P.O. Box 912
Brookhaven, MS 39602
gregmalta@gmaltalaw.com

Jared E. Evans
P.O. Box 1636
Monticello, MS 39654
jaredfrankevans@jaredfevanslaw.com

Counsel for Defendant Lawrence County School District.

Ceala Breen-Portnoy
950 Pennsylvania Avenue, NW
Washington, DC 20530
ceala.breen-portnoy@usdoj.gov

Ajay Saini
950 Pennsylvania Avenue, NW
Washington, DC 20530
ajay.saini@usdoj.gov

Counsel for Plaintiff United States of America

/s/ Shakti Belway
Shakti Belway
Counsel for Plaintiffs-Intervenors