UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>SHEANDA BRYANT, et al.,<br><br>    Plaintiffs-Intervenors<br><br>    v.<br><br>LAWRENCE COUNTY SCHOOL DISTRICT,<br><br>    Defendant | Civil Action No.<br>2:67-CV-2216-HSO-RHW |

**NOTICE OF PLAINTIFFS-INTERVENORS' INTENT TO OPPOSE DEFENDANT'S MOTION TO STRIKE**

Plaintiffs-Intervenors, by and through their undersigned counsel, hereby give notice of their intent to oppose Defendant's Motion to Strike Plaintiffs-Intervenors' Initial Disclosures ("Motion"), filed February 23, 2022 in the above-mentioned case.

Plaintiffs-Intervenors intend to request a briefing schedule during the discovery conference with the Discovery Magistrate currently scheduled for Monday, February 28, 2022 at 1:30p.m., and otherwise will file an opposition to Defendant's Motion within 14 calendar days of its filing, on or before March 9, 2022.

RESPECTFULLY SUBMITTED on February 24, 2022.

/s/ Shakti Belway
Shakti Belway, Esq.
MS Bar No. 109025
P.O. Box 2040
Santa Barbara, CA 93120
Email: sbelway@youthlaw.org

## CERTFICATE OF SERVICE

I, SHAKTI BELWAY, do hereby certify that on FEBRUARY 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notifications of such filing to counsel for plaintiff United States of America and defendant Lawrence County School District.

/s/ Shakti Belway
Shakti Belway
Counsel for Plaintiffs-Intervenors