UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff<br><br>SHEANDA BRYANT, et al.,<br><br>        Plaintiff-Intervenors<br><br>        v.<br><br>LAWRENCE COUNTY SCHOOL DISTRICT,<br><br>        Defendant | Civil Action No.<br>2:67-CV-2216-HSO-RHW |

**NOTICE OF PLAINTIFF-INTERVENORS' NON-OPPOSITION TO DEFENDANT'S MOTION TO MODIFY DESEGREGATION PLAN**

Plaintiff-Intervenors, by and through their undersigned counsel, hereby give notice that they do not oppose Defendant's Motion to Modify the Desegregation Plan. (ECF 23).

On September 10, 2021, Lawrence County School District ("LCSD") filed its Motion to Modify the Desegregation Plan, (ECF 23), and on September 11, it filed a Memorandum in support of its Motion, (ECF 24). Following LCSD's motion, Plaintiff-Intervenors informally sought records and information from LCSD. In response, LCSD's counsel made clear that it would not share any information unless and until Plaintiff-Intervenors engaged in the formal discovery process in court to obtain it. (ECF 36-1, Ex. A). Subsequently, Plaintiff-Intervenors filed a Motion to Order the Parties to Participate in a Rule 26(f) Conference on November 12, 2021, with the consent of Counsel for LCSD and the United States. (ECF 36). The Court issued a

text-only scheduling order on January 6, 2022 allowing discovery to proceed. A discovery schedule was set by the Court with a discovery cut-off of June 1, 2022, and Plaintiff-Intervenors were ordered to file a responsive pleading by August 1, 2022.

The parties have recently exchanged documents and information in accordance with the scheduling order in this case. Plaintiff-Intervenors have carefully reviewed the information that LCSD provided in response to their requests, including significant new information that LCSD produced on March 16, 2022. While the additional information produced during discovery continues to raise important questions about equity and the cost-effectiveness of LCSD's proposed Consolidation Plan, it has enabled Plaintiff-Intervenors to assess whether their concerns about LCSD's proposal should be pursued through an objection before the Court. Based on the new information provided, Plaintiff-Intervenors have concluded they will not oppose the Defendant's pending motion.

                                             Respectfully submitted,

                                             _____
                                             Shakti Belway, Esq.
                                             MS Bar No. 109025
                                             Deputy Director
                                             National Center for Youth Law
                                             1212 Broadway, Suite 600
                                             Oakland, CA 94612
                                             shaktibelway@youthlaw.org
                                             Counsel for Plaintiff-Intervenors

## CERTIFICATE OF SERVICE

I, SHAKTI BELWAY, do hereby certify that on March 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notifications of such filing to counsel for plaintiff United States of America and defendant Lawrence County School District.

_____
Shakti Belway
Counsel for Plaintiff-Intervenors