### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN (HATTIESBURG) DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**SHEANDA BRYANT, ET. AL.**                          **PLAINTIFF-INTERVENORS**

**VS.**                                          **CIVIL ACTION NO.: 2: 67-CV-02216**

**LAWRENCE COUNTY SCHOOL DISTRICT**                              **DEFENDANT**

---

### AGREED ORDER

---

Before this Court is the Defendant Lawrence County School District's (LCSD) September, 10, 2021 Motion to Modify Desegregation Plan and to Grant Expedited Consideration of Cited Schools. [ECF No. 23]. The Plaintiff United States of America does not oppose Defendants' Motion. [ECF No. 32]. On March 30, 2022, Plaintiff-Intervenors' filed a Notice of Non-Opposition to Defendant's Motion to Modify Desegregation Plan [ECF No. 69]. On April 4, 2022, the Court requested the parties provide a proposed order granting Defendant's Motion. The parties have agreed to the terms set forth below.

Having reviewed the foregoing, and in light of the Plaintiff Parties' non-opposition, this Court hereby GRANTS Defendants' Motion.

IT IS, THEREFORE, ORDERED that the August 12, 1987, Order of this Court shall be modified as follows:

1.  LCSD may construct facilities at the site of the present Monticello Elementary School to allow for, at a minimum, the consolidated enrollment at that site of all grade K-8 students living within the Monticello Attendance Zone;

2.  LCSD may close the current Rod Paige Middle School facility/location and dispose

of the real and personal property situated at said facility/location in a manner the

LCSD deems appropriate and that preserves to the extent practicable the history of

Rod Paige Middle School (formerly the McCullough School).

IT IS FURTHER ORDERED that all other orders of this Court not inconsistent herewith

remain in full force and effect. LCSD will effectuate the terms of this Order in a manner

consistent with its desegregation obligations under this Court's extant orders.

So ordered this the 13th day of April, 2022.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

Agreed and approved on April 13, 2022 by:

FOR PLAINTIFF UNITED STATES OF
AMERICA:

FOR DEFENDANT LAWRENCE COUNTY
SCHOOL DISTRICT

/s/ *Ajay Saini*
AJAY P. SAINI
CEALA E. BREEN-PORTNOY
Trial Attorneys

/s/ *Jared Evans*
JARED F. EVANS (MSB #105809)
F. GREGORY MALTA (MSB #9743)

FOR PLAINTIFF-INTERVENORS

/s/ *Shakti Belway*
SHAKTI BELWAY

2